Filed
OCT 05 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION

CV 12 80237 MISC EJD

PSG

CHEVRON CORPORATION,

v.

STEVEN DONZIGER, et al.

Misc. Case _____

DECLARATION OF GARLAND MURPHY IN SUPPORT OF MOTION TO QUASH

### DECLARATION OF GARLAND D. MURPHY

I, Garland D. Murphy, under penalty of perjury, hereby make the following declaration:

1. My name is Garland Murphy. I am a partner in the law firm of Smyser Kaplan & Veselka, L.L.P. in Houston, Texas. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the facts herein and they are true and correct.

2. I am an attorney of record representing Defendants Piaguaje and Camacho in Civil Action No. 11-cv-00691 (LAK); *Chevron Corporation v. Steven Donziger, et al.*; pending in the United States District Court for the Southern District of New York..

3. Attached as Exhibit A to this Declaration is a true and correct copy of excerpts from Chevron Corporation's Objections and Responses to Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC's First Request to

---

DECLARATION OF GARLAND MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE, INC. AND YAHOO, INC
MISC. CASE NO. _____

1

383105.2

1  Plaintiff for the Production of Documents served on August 13, 2012 in Civil Action No. 11-cv-
2  00691 (LAK); *Chevron Corporation v. Steven Donziger, et al.*; pending in the United States
3  District Court for the Southern District of New York.

4     4.     Attached as Exhibit B to this Declaration is a true and correct copy of excerpts
5  from Non-Party Patton Boggs LLP's Responses and Objections to Plaintiff's Subpoena to
6  Produce Documents filed on September 7, 2012 in Civil Action No. 11-cv-00691 (LAK);
7  *Chevron Corporation v. Steven Donziger, et al.*; pending in the United States District Court for
8  the Southern District of New York.

9     5.     Attached as Exhibit C to this Declaration is a true and correct copy of excerpts of
10 the transcript of a hearing held before the Honorable Judge Lewis A. Kaplan on September 25,
11 2012 in Civil Action No. 11-cv-00691 (LAK); *Chevron Corporation v. Steven Donziger, et al.*;
12 pending in the United States District Court for the Southern District of New York.

13     6.     Attached as Exhibit D to this Declaration is a true and correct copy of excerpts of
14 the transcript of a hearing held before the Honorable Judge Lewis A. Kaplan on September 27,
15 2012 in Civil Action No. 11-cv-00691 (LAK); *Chevron Corporation v. Steven Donziger, et al.*;
16 pending in the United States District Court for the Southern District of New York.

17     7.     I declare under penalty of perjury under the laws of the United States of America
18 that the foregoing is true and correct.

*/s/ Garland Murphy*
Garland Murphy
Executed on October 4, 2012
Houston, Texas

---

DECLARATION OF GARLAND MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE, INC. AND YAHOO, INC
MISC. CASE NO. _____
2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on October 5, 2012.

/s/ Ty Doyle
Tyler G. Doyle

---

DECLARATION OF GARLAND MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE, INC. AND YAHOO, INC
MISC. CASE NO. _____
3

383105.2