UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>v.<br><br>STEVEN DONZIGER, et al. | CA 5:12-mc-80237-EJD<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

I am a resident of the state of Texas, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Smyser Kaplan & Veselka, L.L.P., 700 Louisiana, Suite 2300, Houston, Texas 77002. On November 30, 2010, I served the following document(s):

1. DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.

2. DECLARATION OF GARLAND MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.

3. [PROPOSED] ORDER

On the interested party(ies) in this action in the following manner:

☒ BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

383213.1

# SERVICE LIST

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612

Anne Marie Champion
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-4000
Fax (212) 351-5281
Email: achampion@gibsondunn.com
Email: rmastro@gibsondunn.com

Jason B. Stavers
GIBSON, DUNN & CRUTCHER LLP
1801 California ST
Denver, CO 80202
(303) 298-5700
Fax: (303) 313-2818
Email: jstavers@gibsondunn.com

Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304

William Edward Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7891
Fax (213) 229-6891
Email: wthomson@gibsondunn.com

*Attorneys for Chevron Corporation*

Benjamin H. Green
Stuart Alan Krause
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(203) 622-0900
Fax: (203) 862-9889
Email: bgreen@zeklaw.com
Email: skrause@zeklaw.com

Elliot Remsen Peters
Christopher J. Young
Jan Nielsen Little
John W. Keker
Justina K. Sessions
Matthew M. Werdegar
Nikki H. Vo
Paula Lenore Blizzard
William S. Hicks
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
Fax: (415) 397-7188
Email: epaters@kvn.com
Email: cyoung@kvn.com
Email: jlittle@kvn.com
Email: jkeker@kvn.com
Email: jsessions@kvn.com
Email: mwerdegar@kvn.com
Email: nvo@kvn.com
Email: pblizzard@kvn.com

*Attorneys for Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC*

Cindy A. Cohn
Marcia Hofmann
Nathan D. Cardozo
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
Fax: (415) 436-9993
Email: cindy@eff.org
Email: marcia@eff.org
Email: nate@eff.org

Marco Simons
Earthrights International
1612 K Street NW, Suite 401
Washington, DC 20006
(202) 466-5188
Email: marco@earthrights.org

*Attorneys for John Doe Movants*

| | |
|---|---|
| Joe L. Silver<br>Martin Beier<br>SILVER & DEBOSKEY,<br>A PROFESSIONAL CORPORATION<br>1801 York Street<br>Denver, CO 80206<br>(303) 399-3000<br>Fax: (303) 399-2650<br>Email: sliverj@s-d.com<br>Email: beierm@s-d.com<br><br>*Attorneys for Defendants Stratus Consulting, Inc. Douglas Beltman, and Ann Maest* | Caroline Curtiss Marino<br>James Kenneth Leader<br>S. Alyssa Young<br>LEADER & BERKON LLP<br>630 Third Avenue, 17th Floor<br>New York, NY 10017<br>(212) 486-2400<br>Fax: (212) 486-3099<br>Email: cmarino@leaderberkon.com<br>Email: jkleader@leaderberkon.com<br>Email: ayoung@leaderberkon.com<br><br>*Attorneys for Interested Party Patton Boggs* |
| Stephen D. Susman<br>SUSMAN & GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 653-7801<br>Fax: (713) 654-6666<br>Email: ssusman@susmangodfrey.com | Yahoo! Inc.<br>Custodian of Records<br>701 First Ave.<br>Sunnyvale, CA 94089<br>Chris Madsen<br>Email: cmadsen@yahoo-inc.com |
| James J. Rohn<br>Joshua J. Voss<br>Patricia Mary Hamill<br>CONRAD O'BRIEN PC<br>1500 Market Street Center Square W. Tower,<br>Suite 3900<br>Philadelphia, PA 19102<br>(215) 864-9600<br>Fax: (215) 864-9620<br>Email: jrohn@conradobrien.com<br>Email: jvoss@conradobrien.com<br>Email: phamill@conradobrien.com | Google Inc.<br>Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Einat Clark<br>Email: eclarke@google.com<br><br>Microsoft Corporation<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207<br>Brien Jacobsen<br>Email: brienj@microsoft.com |
| Seth D. Ard<br>SUSMAN GODFREY LLP<br>654 Madison Avenue<br>New York, NY 10065<br>(212) 336-8330<br>Fax: (212) 336-8340<br>Email: sard@susmangodfrey.com<br><br>*Attorneys for Interested Party Kohn Swift & Graf, P.C. and Joseph C. Kohn* | |

**Counsel for Defendants**
**Javier Piaguaje Payaguaje and Hugo Gerardo Camacho Naranjo**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2012, at Houston, Texas.

_____
Garland Murphy

PROOF OF SERVICE
CV-12-mc-80237-EJD
4

383213.1