THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: 213.229.7000
Facsimile: 213.229.7520

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Respondent
CHEVRON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br>THE REPUBLIC OF ECUADOR,<br><br>                    Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No. CV 10-80225 MISC CRB<br><br>(And All Related Cases) |
| CHEVRON CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>                    Defendant. | Case No. CV 12-80237 MISC EJD<br><br>**DECLARATION OF ETHAN D. DETTMER ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ. L. R. 3-12] |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ETHAN D. DETTMER ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED –
CASE NO. CV 10-80225 MISC CRB, CASE NO. CV 12-80237 MISC EJD

I, Ethan D. Dettmer, declare:

1. I am a member of the State Bar of California, an attorney duly admitted to practice before this Court, and a partner in the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Chevron Corporation in the within actions. I have personal knowledge of the facts set forth in this declaration.

2. The records on the Court's ECF system indicate that Defendants Steven Donziger *et al.* ("Defendants") filed their pending motion to quash on Friday, October 5, 2012. On the afternoon of October 5, I called Matthew M. Werdegar (counsel for Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC) to ask if Defendants would stipulate to relate the motion to quash (a new miscellaneous action) to the § 1782 cases before Judge Breyer. I reached Mr. Werdegar, and we discussed the issue. He indicated that he would check with his clients and co-counsel.

3. I again called Mr. Werdegar on the morning of Monday, October 8, 2012. I reached him, and I asked whether a decision had been made about whether to stipulate. He stated that a decision had not yet been made.

4. During the afternoon of Monday, October 8, 2012, Larry R. Vaselka (counsel for Defendants Javier Piaguaje Payaguaje and Hugo Gerardo Camancho Naranjo) called me and left a voice mail message to inform me that he had discussed the issue with Mr. Werdegar, and that they do not agree that the cases should be related.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of October, 2012, in San Francisco, California.

/s/ Ethan D. Dettmer
———————————————
Ethan D. Dettmer

101382521.1

2
DECLARATION OF ETHAN D. DETTMER ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED –
CASE NO. CV 10-80225 MISC CRB, CASE NO. CV 12-80237 MISC EJD

Gibson, Dunn & Crutcher LLP