THEODORE J. BOUTROUS JR., SBN 132099
    tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: 213.229.7000
Facsimile: 213.229.7520

ETHAN D. DETTMER, SBN 196046
    edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Respondent
CHEVRON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br>THE REPUBLIC OF ECUADOR,<br><br>Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No. CV 10-80225 MISC CRB<br><br>(And All Related Cases) |
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>Defendant. | Case No. CV 12-80237 MISC EJD<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>[Civ. L. R. 3-12] |

On October 9, 2012, Chevron Corporation filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 ("the Motion"). The Court has considered the evidence, arguments, and law presented, and good cause appearing, the Court

1   **GRANTS** the Motion.  Case No. CV 12-80237 MISC EJD, styled *Chevron Corporation v. Steven
2   Donziger, et al.*, filed on October 5, 2012, is hereby related to the first filed action entitled *In re
3   Application of The Republic of Ecuador*, Case No. CV 10-80225 MISC CRB, and related cases
4   CV 10-80324 MISC CRB, CV 11-80087 MISC CRB, CV 11-80110 MISC CRB, CV 11-80171
5   MISC CRB, CV 11-80172 MISC CRB, CV 11-80217 MISC CRB, and CV 11-80219 MISC CRB.
6       **IT IS SO ORDERED.**

DATED: _____       _____
Hon. Charles R. Breyer
United States District Judge

101382516.1