THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: 213.229.7000
Facsimile: 213.229.7520

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Respondent
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br>THE REPUBLIC OF ECUADOR,<br><br>    Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No. CV 10-80225 MISC CRB<br><br>(And All Related Cases) |
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>    Defendant. | Case No. CV 12-80237 MISC EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>[Civ. L. R. 3-12] |

## CERTIFICATE OF SERVICE

I, Reneé Tyler-Williams, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On October 10, 2012, I served the following document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**DECLARATION OF ETHAN D. DETTMER ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER RELATING CASES**

on the parties stated below (see attached Service List), by the following means of service:

☑ **BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2012.

_____
Reneé Tyler-Williams

Gibson, Dunn & Crutcher LLP

2

CERTIFICATE OF SERVICE -- CASE NO. CV 10-80225 MISC CRB, CASE NO. CV 12-80237 MISC EJD

## SERVICE LIST

| | |
|---|---|
| **Cristina C. Arguedas**<br>**Ted W. Cassman**<br>**Daniel Charles Roth**<br>**Raphael M. Goldman**<br>Arguedas, Cassman & Headley, LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | **George Dominic Niespolo**<br>**Jennifer Briggs Fisher**<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2000<br>San Francisco, CA 94105 |
| **Eric Danford Mason**<br>**Joseph Phillip Parisi**<br>Mason Investigative Group<br>1485 Park Avenue<br>Suite 102<br>Emeryville, CA 94608 | **C. MacNeil Mitchell**<br>Winston and Strawn LLP<br>200 Park Ave<br>New York, NY 10166 |
| **Dina Bronshtein Segal**<br>Winston Strawn<br>101 California St.<br>San Francisco, CA 94111 | **Michael Walter Anderson**<br>Law Office of Michael Anderson<br>1095 60th Street<br>Oakland, CA 94608 |
| **F. Gerald Maples**<br>**Carlos Alberto Zelaya, II**<br>Law Offices of F. Gerald Maples, P.A.<br>365 Canal Street<br>Suite 2650<br>New Orleans, LA 70130 | **Eric S. Westenberger**<br>**James E. Tyrrell, Jr.**<br>Patton Boggs LLP<br>One Riverfront Center<br>6th Floor<br>Newark, NJ 07102 |
| **Joseph C. Wilson, V**<br>Law Offices of Joseph C. Wilson<br>5A Funston Ave.<br>San Francisco, CA 94129 | **Mark I. Labaton**<br>**William H. Narwold**<br>Motley Rice LLP<br>1100 Glendon Aveue<br>14th Floor<br>Los Angeles, CA 90024 |

| | |
|---|---|
| **Joseph Phillip Parisi**<br>Mason Investigative Group<br>1485 Park Avenue<br>Suite 102<br>Emeryville, CA 94608 | **Ethan Atticus Balogh**<br>Coleman & Balogh LLP<br>744 Montgomery Street<br>Fifth Floor<br>San Francisco, CA 94111 |
| **Gregory Longstreet Ewing**<br>**Eric Bloom**<br>**Eric P. Gotting**<br>**Nicole Silver**<br>1700 K Street NW<br>Washington, DC 20006 | **John Watkins Keker**<br>**Jan Nielsen Little**<br>**Matthew Mickle Werdegar**<br>Keker & Van Nest, LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| **Richard Arthur Lapping**<br>**Dina Bronshtein Segal**<br>Winston & Strawn LLP<br>101 California Street<br>Suite 3900<br>San Francisco, CA 94111 | **Cindy Ann Cohn**<br>**Marcia Clare Hofmann**<br>**Nathan Daniel Cardozo**<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110 |
| **Laura Belanger**<br>6090 Crestone Street<br>Golden, CO 80403 | **Marco Simons**<br>Earthrights International<br>1612 K Street, N.W., Suite 401<br>Washington, DC 20006 |
| **Tyler G Doyle**<br>Smyser Kaplan Veselka LLP<br>700 Louisiana<br>Suite 2300<br>Houston, TX 77007 | **Garland Doty Murphy , IV**<br>Smyser Kaplan and Veselka, L.L.P.<br>700 Louisiana Street<br>Suite 2300<br>Houston, TX 77002 |