UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORP., | No. 12-MC-80237 EJD (PSG) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING HEARING ON NON-PARTY'S MOTION TO QUASH |
| STEVEN DONZIGER, et al., | (In Re: Docket Nos. 18 and 19) |
| Defendant(s). | |

**PLEASE TAKE NOTICE** that a hearing on non-party's motion to quash is **hereby set for Tuesday, November 20, 2012 at 10:00 a.m.** before Magistrate Judge Paul S. Grewal. Parties are to appear in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113.

Dated: October 17, 2012

Richard W. Wieking, Clerk
United States District Court

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal