THEODORE J. BOUTROUS JR., SBN 132099
　tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: 213.229.7000
Facsimile: 213.229.7520

ETHAN D. DETTMER, SBN 196046
　edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Plaintiff
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>　　　　Defendant. | Case No. C 12-80237 MISC<br><br>**DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. C 12-80237 MISC

I, Jason B. Stavers, declare:

1. I am an attorney duly admitted to the State Bar of Colorado and an associate at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Chevron Corporation in the above-captioned action. I am over the age of eighteen years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the subpoena to Google Inc. issued by Chevron Corporation, dated September 7, 2012.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the subpoena to Yahoo! Inc. issued by Chevron Corporation, dated September 7, 2012.

4. Attached hereto as "**Exhibit 3**" is a placeholder for an annotated and hyperlinked version of Chevron's First Amended Complaint in *Chevron Corp. v. Donziger, et al.*, 11-cv-0691 LAK (S.D.N.Y.), which will be lodged with the Clerk's Office of this Court and provided to Chambers on a CD-ROM. Chevron has created this document to provide easy reference to the voluminous exhibits supporting Chevron's allegations. The CD-ROM will also contain all exhibits referenced in the annotated version of the First Amended Complaint and the declarations filed with the Southern District of New York authenticating those exhibits.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of an opinion and order entered by the United States District Court for the Southern District of New York, dated July 31, 2012, and which appears as docket entry 550 in *Chevron Corp. v. Donziger et al.*, 1:11-cv-00691-LAK (S.D.N.Y).

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of a "Cease and Desist" letter dated February 14, 2006 from D. Russell to S. Donziger, produced by W. Powers and bearing Bates numbers POWERS-NATIVE09594-95.

7. Attached hereto as "**Exhibit 6**" are true and correct copies of transcripts of footage shot in connection with the filming of *Crude*, including certified translations thereof.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of an email dated August 1, 2008 from D. Beltman to P. Fajardo and S. Donziger, produced by Stratus Consulting and bearing Bates numbers STRATUS-NATIVE063668-69.

Gibson, Dunn & Crutcher LLP

DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. C 12-80237 MISC

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of an email dated May 19, 2008 from S. Donziger to D. Beltman and accompanying "comments by our technical team on the cabrera report," produced by Stratus Consulting and bearing Bates numbers STRATUS-NATIVE062132-61, and a certified translation thereof.

10. Attached hereto as "**Exhibit 9**" is a true and correct copy of an email chain dated February 11, 2005 among S. Donziger, D. Russell, and E. Camino with the subject "Needed: A different analysis," produced by S. Donziger and bearing Bates number DONZ00038567.

11. Attached hereto as "**Exhibit 10**" is a true and correct copy of excerpts from a report entitled "Final Environmental Field Audit for Practices 1964–1990, Petroecuador Texaco Consortium, Oriente, Ecuador," prepared by Furgro-McClelland (West) Inc. and dated October 1992.

12. Attached hereto as "**Exhibit 11**" is a true and correct copy of an email dated November 7, 2006 from P. Fajardo to S. Donziger and others, with the subject "NEWS," produced by S. Donziger and bearing Bates number DONZ00041865, and a certified English translation thereof.

13. Attached hereto as "**Exhibit 12**" is a true and correct copy of an excerpt from S. Donziger's personal notes, produced by S. Donziger and bearing Bates number DONZ00027256.

14. Attached hereto as "**Exhibit 13**" is a true and correct copy of a filing dated April 25, 2008, submitted by P. Fajardo in the Lago Agrio Litigation, bearing record number 140265, and a certified English translation thereof.

15. Attached hereto as "**Exhibit 14**" is a true and correct copy of a filing dated July 23, 2007, submitted by R. Cabrera in the Lago Agrio Litigation, bearing record number 131972, and a certified English translation thereof.

16. Attached hereto as "**Exhibit 15**" is a true and correct copy of the expert report of Gerald R. McMenamin, dated June 30, 2011.

17. Attached hereto as "**Exhibit 16**" is a true and correct copy of the Declaration of Michael L. Younger dated July 14, 2011, attaching his report dated June 10, 2011.

18. Attached hereto as "**Exhibit 17**" is a true and correct copy of a transcript of proceedings held on August 31, 2011 in *Chevron Corp. v. Page*, Case No. RWT-11-1942 (D. Md.).

Gibson, Dunn & Crutcher LLP

DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. C 12-80237 MISC

19. Attached hereto as "**Exhibit 18**" is a true and correct copy of an email dated March 30, 2010 from Julio Prieto to S. Donziger and others, with the subject "accion de proteccion," produced by S. Donziger and bearing Bates number DONZ00055225, and a certified translation thereof.

20. Attached hereto as "**Exhibit 19**" is a true and correct copy of an email exchange dated July 1, 2010 among Lago Agrio Plaintiffs' U.S. lawyers, including S. Donziger, Eric Westenberger, Ilann Maazel, Andrew Wilson, and James Tyrell, with the subject "Re: Mini-revelation," produced by S. Donziger and bearing Bates number DONZ00031337.

21. Attached hereto as "**Exhibit 20**" is a true and correct copy of an email dated July 1, 2010 from E. Daleo to E. Westenberger. This email was produced by S. Donziger and bears the Bates number DONZ00104702.

22. Attached hereto as "**Exhibit 21**" is a true and correct copy of an order entered by the United States District Court for the Southern District of New York, dated January 21, 2011, and which appears as docket entry 171 in *In re Application of Chevron Corp.*, 1:10-mc-00002-LAK (S.D.N.Y).

23. Attached hereto as "**Exhibit 22**" is a true and correct copy of excerpts from the transcript of the deposition of Steven Donziger in the action *In re Application of Chevron Corp.*, No. 10-MC-00002 (LAK) (S.D.N.Y.), taken on January 18, 2011.

24. Attached hereto as "**Exhibit 23**" are true and correct copies of three subpoenas on Yahoo! Inc. by Friedman, Kaplan, Seiler & Adelman LLP, counsel for Steven Donziger, respectively dated November 29, 2010, December 9, 2010, and January 3, 2011.

25. Attached hereto as "**Exhibit 24**" is a true and correct copy of a letter from Yahoo! Inc., dated December 7, 2010, to Friedman, Kaplan, Seiler & Adelman LLP, counsel for Steven Donziger.

26. Attached hereto as "**Exhibit 25**" is a true and correct copy of a letter from Yahoo! Inc., dated December 20, 2010, to Friedman, Kaplan, Seiler & Adelman LLP, counsel for Steven Donziger.

4
Gibson, Dunn & Crutcher LLP

DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. C 12-80237 MISC

27. Attached hereto as "**Exhibit 26**" is a true and correct copy of a letter from Yahoo! Inc., dated January 7, 2011, to Friedman, Kaplan, Seiler & Adelman LLP, counsel for Steven Donziger.

28. Attached hereto as "**Exhibit 27**" is a true and correct copy of a document entitled "Yahoo! Account Management Tool" which indicates that it reports information associated with documents2010@ymail.com email address, which was produced to Chevron by S.Donzgier.

29. Attached hereto as "**Exhibit 28**" is a true and correct copy of excerpts from Steven Donziger's and the Law Offices of Steven R. Donziger's Memorandum of Law In Support of Their Motion to Dismiss Chevron's Complaint in the RICO action, dated March 30, 2011.

30. Attached hereto as "**Exhibit 29**" is a true and correct copy of an email dated June 22, 2007 from P. Fajardo to S. Donziger, and a certified English translation thereof.

31. Attached hereto as "**Exhibit 30**" is a true and correct copy of a transcript of September 25, 2012 proceedings in *Chevron Corp. v. Donziger*, 10-cv-0691 LAK (S.D.N.Y.).

32. Attached hereto as "**Exhibit 31**" is a true and correct copy of Google's privacy policies, downloaded from the internet on October 10, 2012.

33. Attached hereto as "**Exhibit 32**" is a true and correct copy of Yahoo!'s privacy policies, downloaded from internet on October 10, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October, 2012, in Denver, Colorado.

Jason B. Stavers

101381871.4

5
DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. C 12-80237 MISC

Gibson, Dunn & Crutcher LLP