# EXHIBIT 3

Exhibit 3 has been filed with the Clerk of Court on CD-ROM and is available for viewing in the Clerk's office during the normal business hours of the Court