# EXHIBIT 6


GEOTEXT
Translations, Inc.

STATE OF CALIFORNIA )
                               )   ss
                               )
COUNTY OF SAN FRANCISCO )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish of the attached transcription excerpt CRS138-

02-Clip-02.

 

Lindsey Creighton, Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 23ᵉ day of August , 20 10 ,

by Lindsey Creighton

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco 220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London 8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris 75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com I www.geotext.com

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) |
|---|---|---|
| STEVEN DONZIGER | Price tag would only be a guess anyway. | El precio sólo sería una conjetura de todos modos. |
| UFV | Yeah. Figure out what-- what [overlapped voices]... | Sí. Averigua qué-- qué [voces superpuestas]... |
| DONZIGER | But, you need-- but... | Pero necesitas-- pero... |
| | [overlapped voices] | [voces superpuestas] |
| UFV | ...can be done and then-- | ...puede hacerse y entonces-- |
| DONZIGER | ...understand you need a price tag. Otherwise, how do you tell the court what they need to pay? You absolutely need some sort of price tag. You have to put a number out there. You know, the six billion, by the way... | ...entiende que necesitas un precio. De otro modo, ¿cómo le dices al juez lo que tienen que pagar ellos? Claramente necesitas algún tipo de precio. Tienes que mostrar algún número. Tú sabes, los seis mil millones, por cierto... |
| UFV | Mm-hmm. | mmm... |
| DONZIGER | ...was-- was based on this very rough estimate. | ...estuvo-- estuvo basado en este cálculo aproximado. |
| UFV | Exactly. | Exactamente. |
| DONZIGER | It is a valid number. I don't care what the fuck that guy says, that is a valid number [honking] based on the assumptions he made in that report, which are valid. | Es una cifra válida. No me importa qué carajo diga ese tipo, esa es una cifra válida [bocina] basada en las suposiciones que hizo él en ese informe, las cuales son válidas. |
| UFV | Yeah. | Sí. |
| DONZIGER | You know, Dave has personal reasons for wanting to back off of that number, but they're not based on professional reasons relating to the cleanup. | Tú sabes, Dave tiene motivos personales para querer echarse atrás respecto a esa cifra, pero no se basan en motivos profesionales relacionados con la limpieza. |
| UFV | Mm-hmm. | mmm... |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA
             )
             )
             )
COUNTY OF SAN FRANCISCO )     ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true
and accurate translation from English into Spanish of the attached transcription excerpt CRS-195-
05-CLIP-01.

Lindsey Creighton, Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 3ʳᵈ day of August , 20 06 ,

by Lindsay Creighton

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

| | | |
|---|---|---|
| MAEST | Okay. | Okay. |
| DONZIGER | You can say whatever you want and at the end of the day, there's a thousand people around the courthouse, you're going to get what you want. Sorry, but it's true. | Puede decir lo que quiera, y al final de cuentas, hay mil personas alrededor del edificio del tribunal, y se consigue lo que uno quiere. Lo lamento, pero eso es cierto. |
| KAMP | Uh-huh. | Ah, sí. |
| DONZIGER | Okay.  Therefore, if we take our existing evidence on groundwater contamination which admittedly is right below the source. | Okay.  En consecuencia, si tomamos nuestra evidencia existente sobre el agua freática, que efectivamente se encuentra directamente debajo de la fuente. |
| MAEST | Uh-huh. | Ah, sí. |
| DONZIGER | And wanted to extrapolate based on nothing other than our, um, theory that it is, they all, we average out to going 300 meters in a radius, depending on the – the, uh… | Y quisiéramos extrapolar basándonos nada más que nuestra, um, teoría que es, que todos, tenemos un promedio de ir 300 metros en un radio, dependiendo de -- del… |
| MAEST | Uh-huh. | Ah, sí. |
| DONZIGER | The what do you call it  when the land goes down?  The incline.  You know what I mean, | La, ¿cómo  lo llama cuando el, el terreno baja? La cuesta. Sabe lo que quiero decir. |
| MAEST | Uh-huh.  The gradient. | Ah, sí.  La pendiente. |
| DONZIGER | The gradient.  We can do it. | La pendiente. Podemos hacerlo. |
| KAMP | The gradient. | La pendiente. |
| DONZIGER | We can do it.  And we can get money for it. | Lo podemos hacer. Y podemos conseguir dinero por eso. |
| MAEST | Uh-huh. | Ah, sí. |
| DONZIGER | And if we had no more money to do more work, we would do that.  You know what I'm saying? | Y si no tuviéramos más dinero para hacer más trabajo, haríamos eso. ¿Sabe lo que estoy diciendo? |

| | | |
|---|---|---|
| MAEST | Yeah. | Sí. |
| DONZIGER | And it wouldn't really matter that much. | Y en realidad no importaría tanto. |
| MAEST | Uh-huh. | Ah, sí. |
| DONZIGER | Because at the end of the day, this is all for the Court just a bunch of smoke and mirrors and bullshit. It really is. We have enough, to get money, to win. How we define what the win is -- is -- is -- we can do it, anything we want. Now granted, I'd rather have it stronger. | Porque al final de cuentas, todo esto es nada más que mucho humo y espejos y mierda para el tribunal. De verdad lo es. Tenemos lo suficiente, para conseguir dinero, para ganar. Cómo definimos lo que es la victoria es -- es --es -- podemos hacerlo, lo que nos dé la gana. Ahora, claro, preferiría que fuera más fuerte. |
| MAEST | Uh-huh. | Ah, sí. |
| DONZIGER | I want to have it stronger. | Quiero que sea más fuerte. |
| MAEST | Good. | Bueno. |
| DONZIGER | But. | Pero. |
| MAEST | Because. | Porque. |
| DONZIGER | We need to keep that in mind as we design this. | ¿Necesitamos mantener eso en mente a medida que diseñemos esto? |
| KAMP | We do. | Así es. |
| CHAMP | Steven, the main thing to remember is, | Steven, lo más principal que debe recordar es |
| DONZIGER | Yeah. | Sí. |
| CHAMP | This is where I agree with Anne a thousand percent, there is not enough information on that ground water. | Aquí es donde estoy de acuerdo con Anne un mil por ciento, que no hay suficiente información sobre esa agua freática. |
| DONZIGER | Yeah. | Sí. |
| CHAMP | There's not. I mean. | No la hay. Quiero decir. |
| DONZIGER | Yeah. | Sí. |