# EXHIBIT 9

| From: | Steven Donziger [sdonziger@yahoo.com] |
| --- | --- |
| Sent: | Friday, February 11, 2005 11:05 AM |
| To: | Dave Russell; edison camino |
| Subject: | Re: Needed:  A different analysis |

I think this is an excellent idea.  Edison, please respond.  Best, Steven

Dave Russell <dlr@mindspring.com> wrote:

> From the data I have seen so far, we are not finding any of the highly
> carcinogenic compounds one would hope to see when investigating
> the oil pits. That does not discount the findings of the metals, but I
> fear that may not be enough. I believe that we need a big smoking gun
> which will link Texao/Chevron to cancer in and through the oil, and not
> through just the drilling muds and chrome and other heavy metals.
> There are two possible reasons for the lack finding organic carcinogenic
> compounds in the oils at this time: 1) the compounds (primarly PAH) have
> been fully degraded or 2) because the compounds are soluble, they may have
> escaped the pits and are found in the groundwater outside the pit
> areas. Either or both of these scenarios are possible. We won't know
> until we begin a comprehensive look for the compounds outside the pit
> areas, and examine the groundwater closely.
>
> There is one area I feel that we should investigate further. We know that
> there are a large number of compounds in the DRO fraction of the TPH, but
> we do not know what they are nor do we know if they have any toxicity.
> We need a liter or two of the liquid free product which is found in the
> pits on the groundwater. Just the oil fraction... or a relatively large
> sample of the oil and soils left behind at one of the pits. Then we need
> to spend the money to have it thoroughly analyzed. The analysis should be
> performed at a US lab familiar with identification of the types of
> compounds in residuals in crude. Only by identifying the residual
> compounds and determining their toxicity can we hope to get past the lack
> of the "petroleum based" carcinogenic link that we have been hoping to find
> in the Oriente.
>
> One of you might want to speak to Oscar or someone on the field crew to
> find out how best to accomplish this task. There are a couple of
> challenges you may want to consider. If we get the information can we use
> it? Should it be collected by the Peritos so that it can go into la
> Courte records? or do we want to have the samples made surreptitiously and
> spring it on a news conference. There are positive arguements both
> ways. The downside is that if we do not find anything we may have to show
> the analyses and it bolster's Texaco's claim that there is nothing left
> behind but a mess.
> Your call.
> It should be done soon so that we have some time to get the analysis
> perfomed. It may take a month or more to do the analysis and cost $10,000
> or so. A case investment.
>
> Dave

Steven Donziger
212-570-9944 (land)
212-570-4499 (Fax)
███████ (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
████████████
New York, New York 10021
Email: sdonziger@yahoo.com