# EXHIBIT 11

| | |
|---|---|
| **From:** | PABLO FAJARDO [pafam@ecuanex.net.ec] |
| **Sent:** | Tuesday, November 07, 2006 8:17 AM |
| **To:** | Steven Donziger |
| **Cc:** | ALEJANDRO PONCE; JULIO PRIETO; Juan Pablo Sáenz; LUIS YANZA; <aaron@ampdmf.org>; lschrero@umich.edu |
| **Subject:** | NEWS |

Dear friends or colleagues,

Today, Tuesday November, 7, 2006, we met with the President. We talked about several issues, but mainly about two that I'm sharing with you so that you can give your wise opinion, give practical and feasible ideas to address possible impasses that could arise:

1. **SETTLING EXPERT:** A few days ago, I talked to the President about the possibility of not appointing any settling expert for upcoming inspections, but instead waiting for the reports, and then the judge could decide whether or not to appoint the Settling Expert.
Now the Prez says that he has to keep handling the appointment of the Settling Expert the way it's been handled up to now. That is, he has to appoint another settling expert for the three upcoming inspections, even if it's just for appearances, just to maintain that possibility and not to contradict himself with what has been done up to now.

    What do you suggest?
    What do you think?
    What do we do?

2. **GLOBAL ASSESSMENT:** Initially the Judge is thinking about ordering the expert to prepare a valuation or to determine the cost of the environmental remediation only at the sites that have been inspected. He says that there is no legal basis for the Expert to issue a figure for the remediation of the entire operation area, just the inspected sites.
We explained the actual scope of the Global Assessment to him, and he understood somewhat. I think we have to strengthen our position, the delivery of information and the objectives of the global assessment.

    Likewise, send your opinions, steeped in science, technology, logic and common sense.

    I think we should discuss these issues tomorrow during the conference call, considering that Sandinista commander SD is celebrating Ortega's victory.

    Humbly,

    Pablo Fajardo

--
This message has been analyzed by
in search for virus and other dangerous content,
and it is considered to be clean.

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York )
Estado de Nueva York

) ss:
) a saber:

County of New York )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: February 14, 2011
Fecha: 14 de febrero de 2011

_____
Violeta Lejtman
Team Lead – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Violeta Lejtman
Líder del equipo – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this ____14th_____day of
mí, a los _____14_____días del
_____February_____2011
mes de ___ febrero_____de 2011

_____
Notary Public
Notario Público

GINA ST LAURENT        [firmado]
Notary Public, State of New York
No. 01ST6146442                [sello]
Qualified in New York County
Commission Expires May 15, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

.

| | |
|---|---|
| From: | PABLO FAJARDO [pafam@ecuanex.net.ec] |
| Sent: | Tuesday, November 07, 2006 8:17 AM |
| To: | Steven Donziger |
| Cc: | ALEJANDRO PONCE; JULIO PRIETO; Juan Pablo Sáenz; LUIS YANZA; <aaron@ampdmf.org>; lschrero@umich.edu |
| Subject: | NOVEDADES |

Estimados amigos, colegas o compañeros

El día de hoy martes 7 de noviembre de 2006, mantuvimos una reunión con el señor Presidente, dialogamos de varios aspectos, pero sobre todo de dos que les comparto para que oportunamente emitan su sabio criterio, para dar luces prácticas y realizables ante los posibles impaces que pueden suscitarse:

1. **PERITO DIRIMENTE**.- Días pasados yo había dialogado con el Presi, sobre la posibilidad de no designar a ningún perito dirimente en las siguientes inspecciones, sino esperar a que existan los informes y luego el Juzgador vería esa posibilidad si lo nombra o no al Perito dirimente.
   Ahora el Presi, dice que él debe sostener lo que se ha venido haciendo con la designación de Perito dirimente, es decir que debe designar a otro perito dirimente para las tres inspecciones siguientes, auque sea solo de pantalla, solo por mantener esa posibilidad y no contradecirse con lo que ya se ha venido haciendo.

   Que sugieren?
   Que opinan?
   Qué hacemos?

2. **PERITAJE GLOBAL**.- Inicialmente el Juez tiene la concepción de disponer que el perito realice la valoración o determine el costo de la reparación ambiental únicamente de los sitios que han sido inspeccionados; según él no existe base legal para que el Perito emita un valor económico por la reparación de toda el área de operación, sino únicamente de los sitios inspeccionados.
   Le hemos explicado el verdadero alcance del Peritaje global, ha entendido medianamente, creo que se necesita fortalecer la posición, la entrega de información y objetivos del Peritaje global.

   Igualmente, emitan sus criterios, versados en la ciencia, la tecnología, la lógica y el sentido común.

   Creo que sobre estos puntos debemos conversar mañana en conferencia telefónica, considerando que el comandante Sandinista SD se encuentra celebrando el triunfo de Ortega.

Humildemente

Pablo Fajardo

--
Este mensaje ha sido analizado por
en busca de virus y otros contenidos peligrosos,
y se considera que está limpio.