# EXHIBIT 13

[handwritten:] *140,265*
*one hundred forty thousand
two hundred sixty-five*
[initials]

## TO THE PRESIDENT OF THE SUPERIOR COURT OF JUSTICE OF NUEVA LOJA.

**Atty. Pablo Fajardo Mendoza,** Common Counsel of the plaintiffs, in case No. 002-2003, filed by María Aguinda, Ángel Piaguaje et al. versus Chevron Texaco Corporation, today Chevron Corporation, appeared before your honor and state:

By your ruling of April 14, 2008 at 8:30 a.m., among other things you provided the brief presented by my adversary on December 5, 2007 at 5:42 p.m.

In reality I do not think it is necessary to answer the incoherencies presented in said brief, signed by the experienced professional Dr. Iván Alberto Racines, but anyway we comply with your order. In any case, given the possible confusion that may be created in the judge by trickery such as those presented in the brief to which I am referring, I take the liberty of clarifying and specifying a few elements.

1. **We are being accused of defending expert Cabrera.-** I note for the record my deep rejection of such arguments presented by the defendant. It is appropriate to unmask the true claims of the defendant:
    a. It is obvious that the only thing of interest to the defendant was for the Expert Report not to reach the Court; and, if it came, for the expert not to calculate from an economic viewpoint the reparation of the damage, because this way your court would not have had the elements necessary to establish the indemnity and would have had to declare the trial null,
    b. We are not defending the expert. What we are defending and requiring is the respect for Ecuadorian justice for the sovereignty of our country, for the dignity of Ecuadorian men and women, the respect of the Human Rights violated by the defendant company, this is our interest in the trial. It is well known that the defendant wishes to make tabula rasa and mock the law of our country and therefore their representatives have said in declarations to various communication media that if they lose the trial they will not accept the ruling of the Ecuadorian justice. In other words, if the worst injustice is committed against our country and the judges do not sentence Chevron to pay for the damage caused, the defendant WILL ACCEPT THE ECUADORIAN JUSTICE; but if justice is made and Chevron is sentenced to pay to partially repair the damage caused, for the defendants and those who defend it the justice of our country is no good. This was made very clear by the legal representative of the defendant, Rodrigo Pérez Pallares, by a press release published in Ecuador on April 25, 2008 where, among other things, he says: "***We do not see a possibility for an impartial, fair, legal sentence,*** *this moment is impossible; then, obviously we would prefer that if there is a sentence that has nothing to do with the evidence presented, which has no technical or legal grounds,* ***we prefer not to have a sentence***

[stamp:]
SUPERIOR COURT OF JUSTICE
CLERK
PRESIDENCY
NUEVA LOJA

CERT: TRANSPERFECT

[handwritten:] *140,266*
*one hundred forty thousand*
*two hundred sixty-six*
[initials]

but this is in the hands of the courts, adding that **the judges "are totally biased for the plaintiffs."**

c. Given this storm created by the desperation of those who defend the defendant, we can only think that anything which is strictly fair, impartial, objective, real, unimpeachable will always be qualified as biased and unfair by the defendant. In other words, everything that is fair will always be unfair for Chevron and its defenders.

d. **Finally, we do not defend the Expert and we will never defend, but we always do defend justice, truth and the law.**

2. **The plaintiffs, technicians or leaders, are accused of having a close relationship with Independent Expert Richard Cabrera.-** Another infamy, your Honor. You know that the expert, while the fieldwork was being done, did not permit to indicate to the parties the site where he would be working everyday. Surely, in a childish attitude, the defendant places a photograph of Mr. Yanza and Dr. Villacreces and argues that by the mere fact of seeing the landscape, surely destroyed by Chevron, they are supporting the Expert. I wonder: the person who took the photograph, who surely is one of the countless technicians who work for the defendant, would not have also been at the place, or would he be hidden like a paparazzi? Perhaps the fieldwork done by the expert and the parties was not public, and were not many private persons present then or now for part of this work? What influence is it possible to exercise over the expert or his technical team by those two persons by observing the work, the same as the counsels for the defense and the cameramen of the oil company? Is this valid proof that there is a close relationship between the Plaintiffs and the Independent Expert? It is disappointing, your honor, that professionals with such experience have fallen into such childish and absurd arguments.

With the photograph that appears in the brief in reference, it is demonstrated that the expert did pay attention to his mandate, since it was not his obligation, concerning the publicity of the evidence, as established in Art. 120 of the Code of Civil Procedure so many times quoted by the defendant.

In light of the above, I hope to have contributed to the clarification of the confusion created by the bad intensions of my colleagues who defend the defendant oil company.

I sign in my capacity as Representative.
[signature]
Atty. Pablo Fajardo Mendoza
**REG. MAT. 042 CAS**

---

[handwritten text indicated in italics]
**SUPREME COURT OF JUSTICE
OF NUEVA LOJA
PRESIDENCY**
RECEIVED in Nueva Loja
on *April 25, 2008*
at *4:38 p.m.* in *–4–* copies
and attachments
[signature]
CLERK

[stamp:]
SUPERIOR COURT OF JUSTICE
CLERK
PRESIDENCY
NUEVA LOJA

CERT: TRANSPERFECT

CERT: TRANSPERFECT

[stamp:]
SUPERIOR COURT OF JUSTICE
CLERK
PRESIDENCY
NUEVA LOJA



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Sara Hutchison, hereby certify that the document "2008.04.25 at 16H38 Plaintiffs' Brief" is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English.

Sara Hutchison

Sworn to before me this
June 18, 2010

Signature, Notary Public

KRISTIN MILORO
Notary Public - State of New York
No. 01MI6212799
Qualified in New York County
Commission Expires Oct 19, 2013

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

140.265
Ciento cuarenta mil
doscientos sesenta y cinco

SEÑOR PRESIDENTE DE LA CORTE SUPERIOR DE JUSTICIA DE NUEVA LOJA.

**Ab. Pablo Fajardo Mendoza**, Procurador Común de los actores, en el juicio No. 002-2003, que siguen María Aguinda, Ángel Piaguaje y otros en contra de la Compañía Chevron Texaco Corporation, hoy Chevron Corporation, comparezco ante usted y digo:

Con su providencia del día 14 de abril de 2008, a las 08H30, entre otras cosas usted proveyó el escrito presentado por mi contraparte el día 5 de Diciembre de 2007 a las 17H42.

En realidad no creo que sea necesario responder a las incoherencias expuestas en dicho escrito, suscrito por el experimentado profesional Dr. Iván Alberto Racines, pero de todas formas damos cumplimiento a lo ordenado por usted. En todo caso, ante la posible confusión que pueden crear en el juzgador con argucias como las expuestas en el escrito sobre el cual me estoy refiriendo, me permito aclarar y puntualizar algunos elementos:

1. **Se nos acusa de estar defendiendo al perito Cabrera.-** Dejo constancia de mi profundo rechazo a tales argumentos expuestos por la parte demandada. Es oportuno desenmascarar las verdaderas pretensiones de la demandada:
    a. Es evidente que a la parte demandada lo único que le interesaba era que el Informe Pericial no llegue a la Corte; y, si éste llegaba que el perito no cuantifique económicamente la reparación de los daños, porque así su Judicatura no hubiera tenido los elementos necesarios para fijar la indemnización y hubiera tenido que declarar el juicio nulo,
    b. No defendemos al perito, lo que estamos defendiendo y exigiendo es el respeto a la justicia ecuatoriana, a la soberanía de nuestro país, a la dignidad de los ecuatorianos y ecuatorianas, al respeto a los Derechos Humanos violados por la empresa demandada, es ese nuestro interés en el juicio. Es notorio que la demandada quiere hacer tabla raza y burlarse de la ley de nuestro país, es por eso que sus voceros han dicho en declaraciones a varios medios de comunicación que si pierden el juicio no aceptarán el fallo de la justicia ecuatoriana. Es decir que si se comete la peor injusticia en contra de nuestro país, y los jueces no condenan a Chevron a pagar por el daño causado, para la demandada SI SIRVE LA JUSTICIA ECUATORIANA; pero si se hace justicia y Chevron es condenada a pagar para reparar parcialmente el daño causado, para la demandada y quienes la defienden no sirve la justicia de nuestro país. Lo dejó muy claro el representante legal de la demandada, Rodrigo Pérez Pallares, mediante boletín de prensa publicado en Ecuador inmediato el 25 de abril de 2008, en donde entre varias cosas dice: *"Nosotros no vemos la posibilidad de una sentencia imparcial, justa, acorde con la ley, este momento es imposible; entonces, obviamente preferiríamos que si va a salir una sentencia que no tiene nada que ver con las pruebas presentadas, que no tiene sustento técnico ni jurídico, preferimos que no haya sentencia*

140.266.
ciento cuarenta mil
doscientos serenta y seis

pero eso está en manos de las cortes", añadiendo que **los jueces "están totalmente influenciados por los demandantes"**.

c. Frente a éste torbellino creado por la desesperación de quienes defienden a la demandada, no queda más que pensar: que cualquier cosa, que sea estrictamente justa, imparcial, objetiva, real, intachable, siempre va a ser calificada como parcializada e injusta por la demandada. Es decir que todo lo que sea justo, será siempre injusto para Chevron y sus defensores.

d. **En fin, no defendemos al Perito y jamás lo defenderemos, pero si defenderemos siempre la justicia, la verdad y la ley.**

2. **Se acusa a los actores, técnicos o líderes de tener una relación íntima con el Perito Independiente Richard Cabrera.-** Otra infamia señor Presidente. Usted sabe que el señor perito mientras se realizaba el trabajo de campo, se permitió indicar a las partes el sitio que estaría trabajando cada día. Sin embargo en una actitud infantil la demandada coloca una fotografía del señor Yanza y del Dr. Villacreces y argumenta que por el solo hecho de estar viendo el paisaje, seguramente destruido por Chevron, están apoyando al señor Perito. Yo me pregunto: La persona que tomó la fotografía, que seguramente es uno de la multitud de técnicos que trabajan para la demandada, ¿no estaría también en el lugar, o estaría oculto como *paparazzi*? ¿A caso no fue público el trabajo de campo que realizó el perito y las partes y más particulares presenciaron o presenciamos parte de esos trabajos? ¿Que influencia pueden ejercer sobre el perito o su equipo técnico esas dos personas con estar observando el trabajo al igual que los defensores y camarógrafos de la petrolera? ¿Es eso prueba válida que existe una íntima relación entre los Actores y el señor Perito Independiente? Es decepcionante señor Presidente que profesionales de tanta experiencia hayan caído en argumentos tan infantiles y absurdos.

Con la fotografía que aparece en el escrito en referencia, lo que se demuestra es que el perito si hizo caso a su mandato pese a que no era su obligación, en lo referente a la publicidad de la prueba, tal como lo establece el Art. 120 del Código de Procedimiento Civil, tantas veces reclamada por la parte demandada.

Con lo expuesto, espero haber contribuido al esclarecimiento de la confusión creada por la mala intención de mis colegas que defienden a la petrolera demandada.

Firmo en mi calidad de Procurador.

Ab. Pablo Fajardo Mendoza
REG. MAT. 042 CAS

CORTE SUPERIOR DE JUSTICIA
DE NUEVA LOJA
PRESIDENCIA
RECIBIDO en Nueva Loja, a 25 de
abril del 2008
a las 16H38
y adjunta