# EXHIBIT 14

*131,972*
*One hundred thirty-one thousand nine hundred seventy-two* [initials]

PRCV-005-2007

Nueva Loja, July 23, 2007

**CHIEF JUSTICE OF THE SUPERIOR COURT OF JUSTICE OF NUEVA LOJA**
Hand-delivered.
I, **RICHARD CABRERA VEGA**. Expert appointed by order of the Office of the Chief Justice of the Superior Court of Justice of Nueva Loja, issued on March 19, 2007 at 08:30 a.m., to act in oral summary trial No. 002-2003, which María Aguinda and others have brought against the Chevron Corporation, I appear before you and state:

I have read with great concern an advertisement in several national newspapers contracted by Dr. Rodrigo Pérez Pallares, who mentions the letter I submitted to the Court Clerk on July 12, 2007. In this letter I urged you to officially direct the Executive Vice-President of Petroproducción to suspend the environmental remediation works that company is carrying out through the PEPDA project in the wells or sites where I have planned to carry out the expert evaluation or study.

I should clarify that I do not have any relation or agreements with the plaintiff, and it seems to me to be an insult against me that I should be linked with the attorneys of the plaintiffs. As the person responsible for this expert study, what I did in my letter was request that those works be suspended in order to prevent alteration of the evidence; I never asked that they be permanently discontinued. Also, while I am finishing my study, the Petroproducción company can continue with those works in other wells that are not on the list in my plan, and in other fields, like, for example, the Libertador field.

Therefore, Your Honor, I urge you to please send another official notice to the Vice-President of Petroproducción in which you indicate and clarify to him: that I am not opposed to the remediation works that the Petroproducción company is carrying out, that I only want the jobs to be suspended in the sites planned for my study; and that the remediation jobs can continue in the other wells that are not on the list that was submitted.

Thank you for your understanding. Very sincerely,

[signature]
Mr. Richard Cabrera Vega
**EXPERT**

[stamp:]
INTERMEDIATE COURT OF APPEALS
OF NUEVA LOJA
OFFICE OF THE CHIEF JUSTICE
RECEIVED in Nueva Loja, on *July 23, 2007*
at *10:15* in - 3 - copies and attachments.

[signature]
OFFICE OF THE COURT CLERK

[stamp:]
INTERMEDIATE COURT OF APPEALS
NUEVA LOJA
[emblem]
OFFICE OF THE COURT CLERK
OFFICE OF THE CHIEF JUSTICE

CERT: GEOTEXT



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK      )
                       )
                       )  ss
                       )
COUNTY OF NEW YORK     )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached Statement of Richard Cabrera Vega, dated July 23, 2007.

*[signature]*

Abigail Simone, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 10 day of May, 2010.

*[signature]*

PATRICK EVANSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EV6201257
Qualified in Queens County
My Commission Expires February 17, 2013

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

PRCV-005-2007

Nueva Loja, 23 de Julio del 2007

Señor Doctor
**PRESIDENTE DE LA CORTE SUPERIOR DE JUSTICIA DE NUEVA LOJA**
Presente.

Yo, RICHARD CABRERA VEGA. Perito designado mediante providencia de la Presidencia de la Corte de Justicia de Nueva Loja, emitida el día 19 de marzo de 2007, a las 08h 30', para que actúe dentro del juicio Verbal Sumario No. 002-2003, que María Aguinda y otros siguen en contra de Chevron Corporation, comparezco ante Usted y digo:

Con mucha preocupación he leído en varios diarios nacionales, un espacio, contratado por el Dr. Rodrigo Pérez Pallares, quien hace mención a mi escrito que presenté en la secretaría de la Corte el día 12 de Julio de 2007. Mediante el cual le solicité encarecidamente a usted, que se oficie al señor Vicepresidente Ejecutivo de Petroproducción para que se suspendan los trabajos de remediación ambiental que está ejecutando dicha empresa a través del proyecto PEPDA en los pozos o sitios, que tengo previsto realizar el estudio o examen pericial.

Debo aclarar, que yo no tengo ninguna relación ni acuerdos con la parte actora, lo cual me parece una ofensa para mí, que se me pretenda vincular con los abogados de los actores. Yo, como responsable de éste estudio pericial, lo que hice en mi escrito fue solicitar que se suspendan dichos trabajos a fin de evitar alteraciones en la prueba; jamás he expresado que se suspendan definitivamente los trabajos. Además mientras concluyo mi estudio, la empresa Petroproducción puede continuar con dichos trabajos en los otros pozos, no considerados en la lista de mi plan; y, en otros campos, como por ejemplo el campo Libertador.

En consecuencia señor Presidente, le solicito a usted, encarecidamente que se digne en remitir nuevo oficio al señor Vicepresidente de Petroproducción, en el cual se le indique y aclare: Que yo no me opongo a los trabajos de remediación que está realizando la empresa Petroproducción, que lo único que quiero es que se suspendan los trabajos en los sitios considerados para mi estudio; y, que los trabajos de remediación pueden continuar en los otros pozos no considerados en la lista presentada.

Por la gentil acogida, me suscribo de usted, muy atentamente

Ing. Richard Cabrera Vega
PERITO