# EXHIBIT 18

[See original for email header in English]
Subject: Protection Action

Steve,
Today Pablo and Luis were kind enough to tell us what was going on in Denver, and the fact that certainly ALL will be made public, including correspondence.
From what you say we must prepare ourselves to minimize the effects...
Apparently this is normal in the U.S. and there is no risk there, but the problem, my friend, is that the effects are potentially devastating in Ecuador (apart from destroying the proceeding, all of us, your attorneys, might go to jail), and we are not willing to minimize our concern and to sit to wait for whatever happens.
For us it is NOT acceptable for the correspondence, the e-mails, between Stratus and Juanpa and myself be divulged.
To avoid this, we have decided to file a writ of protection before a judge in Ecuador, asking the judge to write to the judge in Denver not to reveal the correspondence because this would affect our fundamental rights. This is an idea that may not work, but with adequate support perhaps we can do it.
I am telling you so you'll know. We will send you the document.

Regards

[see original for ad in English]

DONZ00055225

CERT. MERRILL VER: JD


EXHIBIT 1625a

# MERRILL CORPORATION



Merrill Communications LLC

25 West 45th Street, 8th Floor
New York, NY 10036 • (212) 840-1133

State of New York            )
Estado de Nueva York
                             )      ss:
                             )      a saber:
County of New York           )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: January 19, 2011
Fecha: 19 de enero de 2011

_____
Weikwang Ng (Jason)
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Weikwang Ng (Jason)
Gerente de Proyecto – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this ____19th____ day of
mí, a los ____19____ días del
____January____ 2011
mes de ___enero___ de 2011

JANINE L. QUICK
Notary Public, State of New York
No. 01QU4956315
Qualified in New York County
Commission Expires September 18, 2013   [firmado]
                                        [sello]

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

| | |
|---|---|
| **From:** | Julio Prieto |
| **To:** | Steven Donziger; <juanpasaenz@hotmail.com>; luis; yanza; Pablo Fajardo Mendoza |
| **Subject:** | accion de proteccion |
| **Date:** | Tuesday, March 30, 2010 2:02:53 PM |

Steve,

Hoy día Pablo y Luis tuvieron la gentileza de contarnos lo que estaba pasando en Denver, y el hecho de que seguramente TODO se haga publico, incluyendo la correspondencia. Según dices debemos prepararnos para minimizar los efectos...
Aparentemente esto es normal en EEUU y no hay riesgo allá, pero el problema compañero es que los efectos son potencialmente devastadores en Ecuador (aparte de destruir el juicio, podemos ir todos tus abogados a la carcel), y no estamos dispuestos a minimizar nuestra preocupación y sentarnos a esperar lo que suceda.
Para nosotros NO es aceptable que la correspondencia, los mails, entre Stratus y Juanpa y yo, sean divulgados.
Para evitar esto hemos decidido presentar una acción de protección ante un juez de ecuador, que pediremos que escriba al juez de denver para que no revele la correspondencia porque esto afectaría nuestros derechos fundamentales. Esta es una idea que puede no funcionar, pero con el apoyo adecuado talvez lo consigamos.
Te lo digo para que lo sepas. Te enviaremos el documento.

saludos

---

Hotmail has tools for the New Busy. Search, chat and e-mail from your inbox. Learn More.

DONZ00055225