# EXHIBIT 19

| | |
|---|---|
| **From:** | sdonziger [sdonziger@gmail.com] |
| **Sent:** | Thursday, May 27, 2010 11:47 PM |
| **To:** | Westenberger; imaazel; awilson; Tyrrell, James; sdonziger; Daleo, Eric; Yennock, Edward; jabady; mjasinski; imoll; bnarwold; jbrickell; lgarr; awoods |
| **Subject:** | Re: Mini-revelation |

Like this approach. Ilann?

Sent via BlackBerry by AT&T

___

From: "Westenberger, Eric" <ewestenberger@pattonboggs.com>
Date: Thu, 27 May 2010 23:43:04 -0400
To: <imaazel@ecbalaw.com>; <sdonziger@gmail.com>; <awilson@ecbalaw.com>; Tyrrell, James<JTyrrell@PattonBoggs.com>; <sdonziger@donzigerandassociates.com>; Daleo, Eric<EDaleo@PattonBoggs.com>; Yennock, Edward<EYennock@PattonBoggs.com>; <jabady@ecbalaw.com>; <mjasinski@motleyrice.com>; <imoll@motleyrice.com>; <bnarwold@motleyrice.com>; <jbrickell@h5.com>; <lgarr@donzigerandassociates.com>; <awoods@donzigerandassociates.com>
Subject: Re: Mini-revelation

What about the following? Appeal; move for stay; if we win with kane great; if we lose, we produce whatever we want (narrow read); gd complains and then we move for clarification. If we lose again, we think about another appeal.
-------------------------
Sent from my BlackBerry Wireless Device

___

From: Ilann M. Maazel <imaazel@ecbalaw.com>
To: Westenberger, Eric; sdonziger@gmail.com <sdonziger@gmail.com>; Andrew Wilson <awilson@ecbalaw.com>; Tyrrell, James; sdonziger@donzigerandassociates.com <sdonziger@donzigerandassociates.com>; Daleo, Eric; Yennock, Edward; Jonathan S. Abady <jabady@ecbalaw.com>; mjasinski@motleyrice.com <mjasinski@motleyrice.com>; imoll@motleyrice.com <imoll@motleyrice.com>; bnarwold@motleyrice.com <bnarwold@motleyrice.com>; jbrickell@h5.com <jbrickell@h5.com>; lgarr@donzigerandassociates.com <lgarr@donzigerandassociates.com>; Andrew Woods <awoods@donzigerandassociates.com>
Sent: Thu May 27 23:35:35 2010
Subject: Mini-revelation

Here's what I think is going to happen within the next week:

1. Our motion for a protective order in CO was denied.  We will make a motion for clarification tomorrow, hopefully (after conferring) in the aft. to delay this a bit.  The magistrate will act quickly.

2. However the judge clarifies his ruling, he will at a minimum require immediate production of all Stratus materials given to Cabrera.

3. We will appeal and move for a stay before the magistrate.  We will lose.  Maybe we move for a stay before the D. Ct.  We will almost certainly lose.

4. Thus, very shortly, Stratus will be under a court order to produce all materials it gave Cabrera.  Stratus will not risk a contempt motion, it will comply.


Unless we want the Stratus/Cabrera revelation to come out in CO, which seems like the worst possible place, we need to make our submission in Ecuador and fast.  Say, Tuesday.  We've bought over a month in CO and everywhere else but time is almost certainly about to run out.  So we need to make a decision whether we can file in Ecuador and control this story, or whether we let events overtake us in CO, as I think they will very shortly.

Where are we in terms of drafting the Ecuadorian submission?

Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
phone: 212-763-5000
fax: 212-763-5001
imaazel@ecbalaw.com <mailto:e@ecbalaw.com>
www.ecbalaw.com <http://www.ecbalaw.com/>

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff& Abady LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (imaazel@ecbalaw.com <mailto:e@ecbalaw.com> ) immediately.


DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.