# EXHIBIT 25



December 20, 2010

*Via U.S. Mail*

Bruce Kaplan, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019

Re:   ***In re: Chevron Corporation, case no. 10MC0002***
      ***United States District Court, Northern District of California***
      (Internal Reference No. 168264)

Dear Mr. Kaplan:

Yahoo! Inc. ("Yahoo!") is in receipt of a subpoena dated December 9, 2010 issued in the above-referenced matter.

At this time, Yahoo! does not have any documents responsive to your request.

Please note that with regard to email content, Yahoo! only maintains and has access to the contents a user retains in his or her email account.

By this letter, Yahoo! does not waive any objection to further proceedings in this matter.

Please contact me if you have any questions.

Sincerely,

Christian Lee
Legal Assistant
408-349-8511



701 First Avenue • Sunnyvale, CA 94089 • phone 408 349-3300 • fax 408 349-3301      **yahoo.com**