# EXHIBIT 27

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **documents2010@ymail.com** |
| GUID: | **5H3QSY4HBFIX4NV5D75J7EQNM4** |
| Yahoo Mail Name: | **documents2010@ymail.com** |
| Registration IP address: | **67.243.11.39** |
| Account Created (reg): | **Sun Jan 03 20:38:14 2010 GMT** |
| Other Identities: | **documents2010@ymail.com (Yahoo! Mail)** |
| Full Name | **Mr Not Applicable** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **94583** |
| Phone: | |
| Time Zone: | |
| Birthday: | ███ █ █ |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sun Jan 03 20:38:14 2010 GMT  67.243.11.39** |
| Account Status: | **Active** |

| | | |
|---|---|---|
| Search for | documents2010@ymail.com | |
| Date Range | 07-Jan-2010 00:00:00 / 05-Jan-2011 23:59:59 | |
| Total Results | 18 | |

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| documents2010@ymail.com | 67.243.11.39 | Tue 15:41:31 (GMT) 27-Apr-2010 |
| documents2010@ymail.com | 69.204.232.104 | Mon 19:23:10 (GMT) 15-Mar-2010 |
| documents2010@ymail.com | 69.204.232.104 | Thu 18:11:37 (GMT) 11-Mar-2010 |
| documents2010@ymail.com | 69.204.232.104 | Mon 15:24:40 (GMT) 08-Mar-2010 |
| documents2010@ymail.com | 67.243.11.39 | Mon 00:25:05 (GMT) 08-Mar-2010 |
| documents2010@ymail.com | 67.243.11.39 | Wed 22:13:40 (GMT) 03-Mar-2010 |
| documents2010@ymail.com | 69.204.232.104 | Thu 18:01:04 (GMT) 04-Feb-2010 |
| documents2010@ymail.com | 67.243.11.39 | Mon 12:48:09 (GMT) 25-Jan-2010 |
| documents2010@ymail.com | 67.243.11.39 | Fri 15:38:23 (GMT) 22-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Thu 21:54:46 (GMT) 21-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Thu 19:17:30 (GMT) 21-Jan-2010 |
| documents2010@ymail.com | 67.243.11.39 | Wed 05:31:13 (GMT) 20-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Sat 21:09:29 (GMT) 16-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Wed 20:12:13 (GMT) 13-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Wed 18:30:33 (GMT) 13-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Wed 18:20:55 (GMT) 13-Jan-2010 |
| documents2010@ymail.com | 69.204.232.104 | Mon 23:41:20 (GMT) 11-Jan-2010 |
| documents2010@ymail.com | 24.129.41.67 | Sat 14:03:28 (GMT) 09-Jan-2010 |

| Search for | documents2010@ymail.com |
|---|---|
| Date Range | 07-Dec-2009 00:00:00 / 05-Dec-2010 23:59:59 |
| Total Results | 22 |

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| documents2010@ymail.c | 67.243.11.39 | Tue 15:41:31 (GMT) 27-Apr-2010 |
| documents2010@ymail.c | 69.204.232.104 | Mon 19:23:10 (GMT) 15-Mar-2010 |
| documents2010@ymail.c | 69.204.232.104 | Thu 18:11:37 (GMT) 11-Mar-2010 |
| documents2010@ymail.c | 69.204.232.104 | Mon 15:24:40 (GMT) 08-Mar-2010 |
| documents2010@ymail.c | 67.243.11.39 | Mon 00:25:05 (GMT) 08-Mar-2010 |
| documents2010@ymail.c | 67.243.11.39 | Wed 22:13:40 (GMT) 03-Mar-2010 |
| documents2010@ymail.c | 69.204.232.104 | Thu 18:01:04 (GMT) 04-Feb-2010 |
| documents2010@ymail.c | 67.243.11.39 | Mon 12:48:09 (GMT) 25-Jan-2010 |
| documents2010@ymail.c | 67.243.11.39 | Fri 15:38:23 (GMT) 22-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Thu 21:54:46 (GMT) 21-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Thu 19:17:30 (GMT) 21-Jan-2010 |
| documents2010@ymail.c | 67.243.11.39 | Wed 05:31:13 (GMT) 20-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Sat 21:09:29 (GMT) 16-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Wed 20:12:13 (GMT) 13-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Wed 18:30:33 (GMT) 13-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Wed 18:20:55 (GMT) 13-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Mon 23:41:20 (GMT) 11-Jan-2010 |
| documents2010@ymail.c | 24.129.41.67 | Sat 14:03:28 (GMT) 09-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Wed 20:05:57 (GMT) 06-Jan-2010 |
| documents2010@ymail.c | 67.243.11.39 | Wed 18:48:43 (GMT) 06-Jan-2010 |
| documents2010@ymail.c | 69.204.232.104 | Tue 14:25:47 (GMT) 05-Jan-2010 |
| documents2010@ymail.c | 67.243.11.39 | Sun 23:48:18 (GMT) 03-Jan-2010 |