# EXHIBIT 29

```
BEG_CTRL_NUM      : DONZ00043514
END_CTRL_NUM      : DONZ00043514
DATESENT          = 06/22/2007
TIMESENT          = 10:24:55
RECEIVEDDATE      = 06/22/2007
TIMERECEIVED      = 10:24:55
FILENAME          : CUENTA.msg
SUBJECT           : CUENTA
TEXT              : From: Pablo Fajardo Mendoza <pafabibi@gmail.com>
                    Sent: Friday, June 22, 2007 10:25 AM
                    To: sdonziger <sdonziger@gmail.com>
                    Subject: ACCOUNT
```

Hello Lagarto 3,

To learn about the plan, you have to access:

1. Access Hotmail
2. The address is: examen_pericial@hotmail.com [expert_examination]
3. The password is: Redacted

Please do not insert any names in the document; just identify yourself as Lagarto 3. If you make a copy of the plan, don't E-mail it to anyone.

Regards,

Lagarto 2

```
FROM         : Pablo Fajardo Mendoza <pafabibi@gmail.com>
RECIPIENT    : sdonziger <sdonziger@gmail.com>
CUSTODIAN    : Donziger, Steven
SOURCE       : All Mail3.pst
PAGES        =   0
DOCTYPE      : E-MAIL
BOX_NO       =   0
ITEM_NO      =   3234
UPDATEDATE   = 01/15/2011
PRIV_DOC_NO  =   0
NATIVELINK   : M:\Production\Gibson\Chevron\CONCORDANCE_DONZIGER_COMPEL\DON028\NATIVES\004
               \DONZ00043514.msg
```

January 17, 2011  3:35 PM                                                                   Page 1

CERT. GEOTEXT VER: JD



STATE OF CALIFORNIA )
ESTADO DE CALIFORNIA )
)
COUNTY OF SAN FRANCISCO )
CONDADO DE SAN FRANCISCO )  ss

### CERTIFICATION/ CERTIFICACIÓN

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por la presente certifico que la traducción adjunta de español a inglés es, a mi leal saber y entender, traducción fiel y exacta del documento adjunto.

*[Notary stamp: BRANDON CARNEY, COMM. # 1755114, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires July 3, 2011]*

_____
Nicholas Bocek, Managing Editor/Editor Ejecutivo
Geotext Translations, Inc.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me on this __17__ day of __January__, 20_11_,
by _____Nicholas Bocek_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

Estado de California, Condado de San Francisco
Suscrito y declarado bajo juramento (o afirmado) ante mí en este día __17__ de __enero__ del 20_11_,
Por _____Nicholas Bocek_____,
Habiendo acreditado en mi presencia, mediante prueba satisfactoria, que es la persona (personas) que compareció (comparecieron) ante mí.
Firma: _____[firma]_____

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco 220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London 8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44 20.7990 9909
Paris 75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1 42 68 51 47 fax +33 1 77.72 90 25
Hong Kong 20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong tel +852.2159.8143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

| | |
|---|---|
| BEG_CTRL_NUM | : DONZ00043514 |
| END_CTRL_NUM | : DONZ00043514 |
| DATESENT | = 06/22/2007 |
| TIMESENT | = 10:24:55 |
| RECEIVEDDATE | = 06/22/2007 |
| TIMERECEIVED | = 10:24:55 |
| FILENAME | : CUENTA.msg |
| SUBJECT | : CUENTA |
| TEXT | : From:  Pablo Fajardo Mendoza <pafabibi@gmail.com> |
| | Sent:  Friday, June 22, 2007 10:25 AM |
| | To:  sdonziger <sdonziger@gmail.com> |
| | Subject:  CUENTA |
| | |
| | Hola Lagarto 3 |
| | |
| | para conocer el plan debes ingresar a: |
| | |
| | 1. Ingrsar a Hotmail |
| | 2. la dirección es: examen_pericial@hotmail.com |
| | 3. la contraseña es: Redacted |
| | |
| | Por favor no pongas ningún nombre dentro del documento, sólamente identificate como Lagarto 3, si copias el plan no lo envíes a nadie por E-mail. |
| | |
| | Saludos |
| | |
| | Lagarto 2 |
| FROM | : Pablo Fajardo Mendoza <pafabibi@gmail.com> |
| RECIPIENT | : sdonziger <sdonziger@gmail.com> |
| CUSTODIAN | : Donziger, Steven |
| SOURCE | : All Mail3.pst |
| PAGES | =    0 |
| DOCTYPE | : E-MAIL |
| BOX_NO | =   0 |
| ITEM_NO | =    3234 |
| UPDATEDATE | = 01/15/2011 |
| PRIV_DOC_NO | =    0 |
| NATIVELINK | : M:\Production\Gibson\Chevron\CONCORDANCE_DONZIGER_COMPEL\DON028\NATIVES\004\DONZ00043514.msg |