# EXHIBIT A

**Voice Message**

Date:  Tuesday, October 2, 2012
Time:  6:35 PM
From:  (713) 221-2300
To:  Christopher Joralemon


Chris, Larry Veselka.

We've been contacted by counsel for some of the folks on the Google, Microsoft, Yahoo subpoenas and asked about the ability of the dealings with y'all about trying to get an extension of the return date on those.  So, I'm calling you about that.  What they have said is they had wanted to see if we could get a return date of the 22nd, it would make, it would be some convenience of getting all three of them at the same time.  So, I'm passing that on.  Give me a call if you can.  I would ask in that sense to have it where you would do it for everybody's return date so that it applies to everybody, for us as well as them, and our—Werdegar, if they're doing anything, which I'll find out.

Also would like to know where you are on the privilege logs and the number of depositions, so, if you get a chance, give me a call.  Oh, I think you may have said you're going to be out on depositions, today, weren't you?

So I've left you the message, call me when you can.  Bye.