# EXHIBIT B

# Gray, Rebecca

| | |
|---|---|
| **From:** | Hogan, Howard S. |
| **Sent:** | Wednesday, October 03, 2012 4:44 PM |
| **To:** | lveselka@skv.com |
| **Cc:** | Joralemon, Christopher M.; Gray, Rebecca |
| **Subject:** | Chevron v. Donziger, et al., No. 11-civ-0691 (S.D.N.Y.) |

I write in response to your voicemail to Chris Joralemon of last night regarding the subpoenas Chevron served on Google, Yahoo and Microsoft regarding email account information.  We are in communication with a number of account holders already, and are generally amenable to extensions upon reasonable request.  If you would like an extension on behalf of any clients of yours that are registered holders of accounts listed in the subpoenas, please let me know which accounts are at issue and the basis for your extension request and I will respond promptly.  Should counsel for any other account holders desire an extension, please have them contact me directly.

**Howard S. Hogan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3640 • Fax +1 202.530.9550
HHogan@gibsondunn.com • www.gibsondunn.com