# EXHIBIT C



**Mark A. Robertson**
*Partner*

---

**666 Fifth Avenue, 31st Floor • New York, New York 10103-3198**
*mrobertson@fulbright.com • Direct: 212 318 3304 • Main: 212 318 3000 • Facsimile: 212 318 3400*

October 12, 2012

**VIA E-MAIL: RGray@gibsondunn.com**

Rebecca Gray, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Re:   <u>Chevron v. Donziger:  Google Subpoena related to john.wotowicz@gmail.com</u>

Dear Rebecca:

Thank you for speaking with me and thank you for your willingness to limit the scope of Chevron's document request to Google related to john.wotowicz@gmail.com.

We represent John Wotowicz related to the inclusion of john.wotowicz@gmail.com in Chevron's subpoena to Google. As we discussed, Mr. Wotowicz is the only person who has had access to this account and he does not believe the e-mail account has ever been accessed by anyone other than himself.

Mr. Wotowicz had contact with Donziger and investigated funding from sometime in July 2009 to sometime in May 2010 and did not deal with Donziger or the investigation of funding outside that time period. Accordingly, you have agreed to limit the document request to Google regarding john.wotowicz@gmail.com to that time period. Mr. Wotowicz consents to the production of documents responsive to Chevron's document request (B) to the extent that request (B) is limited to July 1, 2009 through May 31, 2010.

Sincerely,

Mark A. Robertson

MAR/pc

77990849.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com