# EXHIBIT D

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Rebecca Gray
Direct: 202.887.3616
rgray@gibsondunn.com

October 15, 2012

VIA ELECTRONIC MAIL

Chi Nguyen
Google, Inc.
1600 Ampitheatre Parkway
Mountain View, CA 94043

Re: Subpoena in *Chevron Corp. v. Donziger, et al.*, Case No. 11 Civ. 0691 (S.D.N.Y.)

Dear Ms. Nguyen:

I write to advise you that Chevron has reached agreement with the owner of john.wotowicz@gmail.com regarding the above-referenced subpoena. As a result, Chevron is modifying its request for information regarding that specific address.

Please note that Chevron is dropping document request (A) for john.wotowicz@gmail.com. Please also note that the time period covered by document request (B) should be limited to July 1, 2009, through May 31, 2010, for john.wotowicz@gmail.com.

I enclose a letter from counsel confirming that the owner of john.wotowicz@gmail.com has consented to the production of documents responsive to the subpoena as modified by this letter.

Should you have any questions, please contact me at 202.887.3616 or rgray@gibsondunn.com.

Sincerely

Rebecca Gray

Enclosure