# EXHIBIT G

**Gray, Rebecca**

| | |
|---|---|
| **From:** | Gray, Rebecca |
| **Sent:** | Sunday, October 14, 2012 2:44 PM |
| **To:** | 'Edison CAMINO-CASTRO' |
| **Cc:** | Hogan, Howard S.; 'john.hays@haysowens.com' |
| **Subject:** | RE: Subpoena Edison Camino |

Dear Mr. Castro,

Chevron's subpoena to Yahoo only seeks information directly from Yahoo, not from you. The subpoena asks Yahoo to provide us with user account information and IP logs for the specific email addresses listed, but not the content of any emails sent using those email addresses. If you have no objection to Yahoo producing this limited information for limcas2002@yahoo.com, then all you need to do is let Yahoo know by responding to the email notice that you received from Yahoo and stating that you do not object to production of the requested information. Please confirm that is what you are doing, either by including RGray@gibsondunn.com on your email to Yahoo, or by forwarding your e-mail to Yahoo directly to me. Thank you for your willingness to cooperate.

Sincerely,

Rebecca


**Rebecca Gray**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3616 • Fax +1 202.530.9644
RGray@gibsondunn.com • www.gibsondunn.com


**From:** Edison CAMINO-CASTRO [mailto:limcas2002@yahoo.com]
**Sent:** Tuesday, October 09, 2012 1:59 PM
**To:** Gray, Rebecca
**Cc:** Southwell, Alexander H.
**Subject:** Subpoena Edison Camino

Dear Mrs. Rebecca Gray:

You have requested my YAHOO information through a California Court. Mr. Alexander H. Southwell requested last year the same information (September 13, 2011).


I am willing and ready to cooperate with you, should you require my information, data, documents and testimony.

I do not know and have no experience in the judicial systems and laws of USA. I am Ecuadorian citizen, living and working in Ecuador. I have knowledge and experience in the judicial systems and laws of Ecuador.

To make contact with you and discuss the delivery of information, data, documents and testimony, it is going to be necessary to hire an attorney who is currently working in Quito.

May I recommend a lawyer for you to start your business contacts, he knows me since I have been involved in the environmental lawsuit, as Perito (witness expert). Here is his name and address:

**Dr. Adolfo Callejas Ribadeneira**. Ecuadorian lawyer based in Quito. Currently local lawyer for Chevron in the environmental lawsuit.
His address: Rumipamba Ave. 706. Quito. Telephone: 5932 2268221; 5932 2268222; 5932 2268086.


Best regards,

Edison CAMINO-CASTRO

593 999684349