Cindy A. Cohn (SBN 145997)
cindy@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Attorneys for John Doe Movants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON CORP.,<br><br>              Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, *et al*.<br><br>              Defendants. | Case No. 5:12-mc-80237 CRB NC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY JOHN DOE MOVANTS TO QUASH SUBPOENAS TO GOOGLE, INC. AND YAHOO!, INC. SEEKING IDENTITY AND EMAIL USAGE INFORMATION**<br><br>Date: November 28, 2012<br>Time: 1:00 PM<br>Hon. Nathanael Cousins<br>Courtroom A - 15th Floor |

Before the Court is the John Doe Movants' motion for an order quashing Chevron Corporation's September 7, 2012 subpoenas to Yahoo! and Google.

Having given full consideration to the parties' papers, the relevant authority, and good cause appearing, it is hereby

**IT IS ORDERED** that the motion is **GRANTED** and the subpoenas are quashed in their entirety.

**IT IS SO ORDERED.**

DATED: _____     _____
Hon. Nathanael Cousins
UNITED STATES MAGISTRATE JUDGE