THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone:  213.229.7000
Facsimile:  213.229.7520

ETHAN D. DETTMER, SBN 196046
   edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone:  415.393.8200
Facsimile: 415.393.8306

Attorneys for Plaintiff
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>             Defendant. | Case No. C 12-80237 MISC<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Reneé Tyler-Williams, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On October 22, 2012, I served the following document(s):

**CHEVRON CORPORATION'S OPPOSITION TO THE RICO DEFENDANTS' MOTION TO QUASH SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.**

**DECLARATION OF JASON B. STAVERS ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.**

**DECLARATION OF REBECCA GRAY ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.**

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.**

on the parties stated below, by the following means of service:

John Rodgers
Laura Belanger
6090 Crestone Street
Golden, CO 80403

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2012.

_____
Reneé Tyler-Williams

Gibson, Dunn & Crutcher LLP

CERTIFICATE OF SERVICE, CASE NO. C 12-80237 MISC