# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, et al.,<br><br>Defendants. | Case No. 12-mc-80237 CRB (NC)<br><br>**ORDER DENYING MOTIONS TO QUASH; REQUIRING MEET AND CONFER**<br><br>Related Case: 10-mc-80225 CRB (NC)<br><br>Re Dkt. Nos. 1, 4, 18, 19, 30 |

Civil Local Rule 37-1(a) provides that the Court will not entertain a motion to resolve a discovery dispute unless counsel have previously conferred for the purpose of attempting to resolve all disputed issues. In this matter, the Court has reviewed the motions to quash subpoenas (Dkt. Nos. 1, 4, 18, 19, and 30) and finds that as to each of the motions, there is no evidence presented that counsel conferred for the purpose of resolving the disputes before filing the motions. Accordingly, the Court DENIES without prejudice each of these motions to quash and orders the parties to meet and confer in the next fourteen days in an attempt to resolve the disputed issues.

If the parties are not able to resolve the discovery disputes, the parties must present the disputed discovery issues in a joint letter brief, as required by my Civil Standing Order. A copy of my Civil Standing Order is appended to this order.

//

1   Enforcement of the disputed subpoenas is stayed while the parties meet and
2  confer.
3   IT IS SO ORDERED.
4
5  DATED: October 23, 2012

   NATHANAEL M. COUSINS
   United States Magistrate Judge

Case No. 12-mc-80237 CRB (NC)
ORDER RE MOTIONS
TO QUASH                          2