Cindy A. Cohn (SBN 145997)
cindy@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Attorneys for Non-Party Movants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHEVRON CORP.,<br><br>      Plaintiff,<br><br> v.<br><br>STEVEN DONZIGER, *et al.*<br><br>      Defendants. | Case No. 5:12-mc-80237 CRB (NC)<br><br>**NOTICE OF APPEARANCE OF CINDY COHN ON BEHALF OF NON-PARTY MOVANTS JOHN RODGERS AND LAURA BELANGER** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Cindy Cohn of the Electronic Frontier Foundation, 454 Shotwell Street, San Francisco, CA 94110, hereby enters her appearance in the above-captioned matter as counsel on behalf of Non-Party Movants John Rodgers and Laura Belanger.

DATED: November 7, 2012

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

     /s/ Cindy Cohn
Marcia Hofmann, Esq.
Cindy A. Cohn, Esq.
Nathan Cardozo, Esq.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Attorneys for Non-Party Movants*