1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cindy A. Cohn (SBN 145997)
cindy@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Attorneys for Non-Party Movants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER, *et al*. <br><br> Defendants. | Case No. 5:12-mc-80237 CRB (NC) <br><br> **NOTICE OF APPEARANCE OF MARCO SIMONS ON BEHALF OF NON-PARTY MOVANTS JOHN RODGERS AND LAURA BELANGER** |

1       TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT Marco Simons of EarthRights International, 1612 K

3 Street, N.W., Suite 401, Washington, DC 20006, hereby enters his appearance in the above-

4 captioned matter as counsel on behalf of Non-Party Movants John Rodgers and Laura Belanger.

5

6   DATED:  November 8, 2012            Respectfully submitted,

7                       ELECTRONIC FRONTIER FOUNDATION

8                          /s/ Marco Simons
                      Marco Simons

9                       marco@earthrights.org
                      EARTHRIGHTS INTERNATIONAL

10                       1612 K Street NW, Suite 401
                      Washington, DC 20006

11                       Telephone: (202) 466-5188

12

13                       Marcia Hofmann, Esq.
                      Cindy A. Cohn, Esq.

14                       Nathan Cardozo, Esq.
                      454 Shotwell Street

15                       San Francisco, CA 94110
                      Telephone:  (415) 436-9333

16                       Facsimile:   (415) 436-9993

17                       *Attorneys for Non-Party Movants*

18

19

20

21

22

23

24

25

26

27

28

1