Cindy A. Cohn (SBN 145997)
cindy@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Attorneys for Non-Party Movants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP.,<br><br>              Plaintiff,<br><br>  v.<br><br>STEVEN DONZIGER, *et al.*<br><br>             Defendants. | Case No. 5:12-mc-80237 CRB (NC)<br><br>**DECLARATION OF MICHELLE HARRISON IN SUPPORT OF NON-PARTY MOVANTS TO QUASH SUBPOENAS TO GOOGLE, INC. AND YAHOO! INC. SEEKING IDENTITY AND EMAIL USAGE INFORMATION**<br><br>Date: January 16, 2013<br>Time: 1:00 p.m.<br>Place: Courtroom A, 15th Floor<br>Hon. Nathanael Cousins |

1. I, Michelle Harrison, have personal knowledge of all matters set forth in this declaration. If called upon to do so, I could and would testify to all matters set forth herein.

2. I am a law clerk with EarthRights International, counsel of record for Non-Party John Doe Movants.

3. EarthRights International and the Electronic Freedom Frontier represent the owners of the following email accounts: cortelyou@gmail.com, sayjay80@gmail.com, kevinkoenigquito@gmail.com, marialya@gmail.com, coldmtn@gmail.com, figer@gmail.com, bandawatch@gmail.com, catmongeon@gmail.com, briansethparker@gmail.com, lupitadeheredia@gmail.com, josephmutti@gmail.com, drewwoods3@gmail.com, katiafachgomez@gmail.com, tegelsimeon@gmail.com, lara_garr@gmail.com, richard.clapp@gmail.com, ampage@gmail.com, goldstein.ben@gmail.com, wilsonaguinda@gmail.com, sara.colon@gmail.com, farihahzaman@gmail.com, jeremylow@gmail.com and courtneyrwong@gmail.com, jenbilbao3@yahoo.com, kshuk22@yahoo.com, eriktmoe66@yahoo.com, drewwoods3@yahoo.com, lupitadeheredia@yahoo.com, and Lore_gamboa@yahoo.es. We also represent the owners of the following Microsoft email account addresses for the purpose of a separate motion to quash filed in the Northern District of New York: simeontegel@hotmail.com, mey_1802@hotmail.com, and lupitadeheredia@hotmail.com.

4. We are filing representative sample declarations from our clients in support of the motion to quash the subpoenas. We can provide additional declarations if the court requires.

5. The declarations are submitted and signed by our clients using their email address only. A copy of each declaration with the account holders' true names and signatures are on file with this office.

6. Attached hereto as Exhibit 1 are true and correct copies of three subpoenas issued to Google, Yahoo! and Microsoft in *Chevron Corp. v. Donziger, et al.*, Case No. 11-cv-0691 (LAK) (S.D.N.Y. filed Feb. 1, 2011).

7. Attached hereto as Exhibit 2 is a true and correct copy of a September 28, 2012 blog posting by Kevin Jon Heller, My Encounter With a Chevron Subpoena--and the ACLU's

1

CV-12-80237            HARRISON DECLARATION

1  Assistance (Updated), available at http://opiniojuris.org/2012/09/28/my-encounter-with-a-chevron-
2  subpoena-and-the-aclus-assistance/.
3       I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct. Executed on October 22, 2012.

_____
MICHELLE C. HARRISON