Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page1 of 7

THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: 213.229.7000
Facsimile: 213.229.7520

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Plaintiff
CHEVRON CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CHEVRON CORPORATION,

Plaintiff,

v.

STEVEN DONZIGER, *et al.*,

Defendant.

CASE NO. 5:12-80237 MISC CRB NC

**DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH SUBPOENAS TO GOOGLE INC. AND YAHOO! INC.**

**Hearing:**

Date: Wednesday, January 16, 2013
Time: 1:00 p.m.
Place: Courtroom A, 15th Floor
Judge: Hon. Nathanael M. Cousins

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC

Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page2 of 7

I, James F. Alexander, declare:

1. I am an attorney duly admitted to the State Bar of California and this Court and an associate at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Chevron Corporation in the above-captioned action. I am over the age of eighteen years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. Each of the exhibits identified below is a true and correct copy of the respective document as it is maintained in the files of Gibson, Dunn & Crutcher LLP in the normal course of business.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the Lago Agrio Plaintiffs' Memorandum of Law in Opposition to Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, filed on April 23, 2010 in *In re Application of Chevron*, No. M-19-111 (S.D.N.Y. 2010).

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of an opinion and order entered by the United States District Court for the Southern District of New York, dated July 31, 2012, and which appears as docket entry 550 in *Chevron Corp. v. Donziger*, No. 1:11 civ 0691 LAK (S.D.N.Y).

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of an email dated February 11, 2005 from S. Donziger to D. Russell and others, with the subject "Re: Needed: A different analysis," produced by S. Donziger and bearing Bates number DONZ00038567.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of a "Cease and Desist" letter dated February 14, 2006 from D. Russell to S. Donziger, produced by W. Powers and bearing Bates numbers POWERS-NATIVE09594-95.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of Chevron Corporation's Rule 56.1 Statement of Material Facts, which was filed in the United States District Court for the Southern District of New York on March 1, 2012, and which appears as docket entry 398 in *Chevron Corp. v. Donziger*, 11 Civ. 0691 LAK (S.D.N.Y.).

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of an excerpt from S. Donziger's personal notes, produced by S. Donziger and bearing Bates number DONZ00027256.

2

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC

Gibson, Dunn & Crutcher LLP

Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page3 of 7

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the Declaration of Michael L. Younger dated July 14, 2011, attaching his report dated June 10, 2011.

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of a transcript of proceedings held on August 31, 2011 in *Chevron Corp. v. Page*, No. RWT-11-1942 (D. Md.).

10. Attached hereto as "**Exhibit 9**" is a placeholder for an annotated and hyperlinked version of Chevron's First Amended Complaint in *Chevron Corp. v. Donziger, et al.*, No. 11 Civ. 0691 LAK (S.D.N.Y.), which will be filed with the Clerk's Office of this Court and provided to Chambers on a CD-ROM. Chevron has created this document to provide easy reference to the voluminous exhibits supporting Chevron's allegations. The CD-ROM will also contain all exhibits referenced in, and hyperlinked to, the annotated version of the First Amended Complaint and a copy of a declaration filed in the Southern District of New York authenticating those exhibits.

11. Attached hereto as "**Exhibit 10**" is a true and correct copy of relevant excerpts of the deposition of Charles Calmbacher, taken on March 29, 2010, in *In re Application of Chevron*, No. 1:10-MI-0076-TWT-GGB (N.D. Ga. 2010)

12. Attached hereto as "**Exhibit 11**" is a true and correct copy of an email from A. Wilson to S. Donziger, I. Maazel, E. Westenberger and others dated April 23, 2010, with the subject "Colorado Update," produced by S. Donziger and bearing Bates number DONZ00039349.

13. Attached hereto as "**Exhibit 12**" is a true and correct copy of an order entered by the United States District Court for the Southern District of New York, dated January 21, 2011, and which appears as docket entry 171 in *In re Application of Chevron Corp.*, 1:10-mc-00002-LAK (S.D.N.Y).

14. Attached hereto as "**Exhibit 13**" is a true and correct copy of an email exchange dated May 17, 2010 among Lago Agrio Plaintiffs' U.S. lawyers, including S. Donziger to E. Westenberg, A. Wilson, I. Maazel, J. Abady and others, with the subject "Re: Colorado Disclosures," produced by S. Donziger and bearing Bates number DONZ00031317.

15. Attached hereto as "**Exhibit 14**" is a true and correct copy of an email exchange dated May 17, 2010 among Lago Agrio Plaintiffs' U.S. lawyers, including S. Donziger to A. Wilson, I. Maazel, and J. Abady, with the subject "Re: Colorado Disclosures," produced by S. Donziger and

3

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC

Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page4 of 7

bearing Bates number DONZ00031315.

16. Attached hereto as "**Exhibit 15**" is a true and correct copy of the subpoena to Google Inc. issued by Chevron Corporation, dated September 7, 2012.

17. Attached hereto as "**Exhibit 16**" is a true and correct copy of the subpoena to Yahoo! Inc. issued by Chevron Corporation, dated September 7, 2012.

18. Attached hereto as "**Exhibit 17**" is a true and correct copy of an email dated June 22, 2007 from P. Fajardo to S. Donziger, and a certified English translation thereof.

19. Attached hereto as "**Exhibit 18**" is a true and correct copy of an email from S. Donziger to C. Kenney, D. Firger and others dated June 21, 2007, with the subject "otra tarea," produced by S.Donziger and bearing Bates number DONZ00117549.

20. Attached hereto as "**Exhibit 19**" is a true and correct copy of an email from S. Donziger to C. Kenney, D. Firger and others dated February 15, 2007, with the subject "Update on Ecuador," produced by S. Donziger and bearing Bates number DONZ00107205.

21. Attached hereto as "**Exhibit 20**" is a true and correct copy of an email from S. Tegel to S. Donziger dated April 22, 2008, with the subject "IBD Draft," produced by S. Donziger and bearing Bates number DONZ-HDD-0170617.

22. Attached hereto as "**Exhibit 21**" is a true and correct copy of an email from S. Tegel to S. Donziger and others dated April 22, 2008, with the subject "Re: wsj letter," produced by S. Donziger and bearing Bates number DONZ-HDD-0171047.

23. Attached hereto as "**Exhibit 22**" is a true and correct copy of an email from S. Donziger to K. Koenig dated August 13, 2008, with the subject "Re: haynes ltr & release," produced by S. Donziger and bearing Bates number DONZ00111067.

24. Attached hereto as "**Exhibit 23**" is a true and correct copy of an email from K. Koenig to S. Donziger dated September 2, 2008, with the subject "Re: let's touch base today," produced by S. Donziger and bearing Bates number DONZ-HDD-0036177.

25. Attached hereto as "**Exhibit 24**" is a true and correct copy of an email from E. Moe to S. Donziger dated August 23, 2010, with the subject "Re: SRD - Torvia Agreement - ETM comments," produced by S. Donziger and bearing Bates number DONZ00126410.

4

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC

26. Attached hereto as "**Exhibit 25**" is a true and correct copy of an email from E. Moe to S. Donziger dated September 13, 2010, with the subject "Re: Short Term Investment Round," produced by S. Donziger and bearing Bates number DONZ00126471.

27. Attached hereto as "**Exhibit 26**" is a true and correct copy of an email from S. Donziger to E. Moe dated September 15, 2010, with the subject "Re: Fwd: Short term funding," produced by S. Donziger and bearing Bates number DONZ00127343.

28. Attached hereto as "**Exhibit 27**" is a true and correct copy of an email from D. Beltman to D. Mills dated July 28, 2008, with the subject "another annex for Clapp," produced by Stratus and bearing Bates number STRATUS-NATIVE057803.

29. Attached hereto as "**Exhibit 28**" is a true and correct copy of an email chain between D. Beltman, S. Donziger, and R. Clapp dated November 18, 2008, with the subject "FW: Ecuador trip report and health summary," produced by Stratus and bearing Bates number STRATUS-NATIVE061311.

30. Attached hereto as "**Exhibit 29**" is a true and correct copy of an email from S. Donziger to K. Koenig dated August 25, 2008, with the subject "Re: Fwd: Denver Update," produced by S. Donziger and bearing Bates number DONZ00111093.

31. Attached hereto as "**Exhibit 30**" is a true and correct copy of a letter from A. Page to P. Alvarez, dated January 3, 2012.

32. Attached hereto as "**Exhibit 31**" is a true and correct copy of an opinion and order entered by the United States District Court for the Southern District of New York, dated August 3, 2011, and which appears as docket entry 180 in *Chevron Corp. v. Aguinda et al.*, No. 11 Civ. 3781 (LAK) (JCF) (S.D.N.Y.).

33. Attached hereto as "**Exhibit 32**" is a true and correct copy of a web page displaying R. Clapp's contact information, available at http://www.ncbi.nlm.nih.gov/pubmed/22001041, last visited on December 28, 2012.

34. Attached hereto as "**Exhibit 33**" is a true and correct copy of an email sent from Han Shan to S. Donziger and others dated March 1, 2010, with the subject "letter & press release," and bearing Bates number WOODS-HDD-0086870.

Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page6 of 7

35. Attached hereto as "**Exhibit 34**" is a true and correct copy of a web page displaying Han Shan's Twitter feed, available at https://twitter.com/coldmtn, last visited on December 31, 2012.

36. Attached hereto as "**Exhibit 35**" is a true and correct copy of a web page displaying Han Shan's articles posted on Huffingtonpost.com, available at http://www.huffingtonpost.com/han-shan.

37. Attached hereto as "**Exhibit 36**" is a true and correct copy of a web page displaying T. Cavanagh's Twitter feed, available at https://twitter.com/bandawatch, last visited on December 31, 2012.

38. Attached hereto as "**Exhibit 37**" is a true and correct copy of a web page displaying J. Mutti's contact information, available at http://www2.pslweb.org/site/News2?JServSessionIdr004=swh55uvj91.app13a&page=NewsArticle&id=5382&news_iv_ctrl=1261, last visited on December 28, 2012.

39. Attached hereto as "**Exhibit 38**" is a true and correct copy of a web page displaying J. Bilbao's contact information, available at http://www.waste.uni-stuttgart.de/index.php?doc=/forum/students/students.php?year=2005, last visited on December 28, 2012.

40. Attached hereto as "**Exhibit 39**" is a true and correct copy of a web page displaying B. Goldstein's contact information, available at http://law.fordham.edu/7171.htm, last visited on December 28, 2012.

41. Attached hereto as "**Exhibit 40**" is a true and correct copy of a an excerpt of a research paper displaying K. Gomez's contact information, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1708325, last visited on December 28, 2012.

42. Attached hereto as "**Exhibit 41**" is a true and correct copy of a web page displaying K. Shukla's Twitter feed, available at http://twitter.com/kshuk22, last visited on December 31, 2012.

43. Attached hereto as "**Exhibit 42**" are true and correct copies of a web page displaying Brian Seth Parker's contact information, and B. Parker's Facebook page, available at https://groups.google.com/forum/?fromgroups#!topic/berc_boalt/cKkoj4FBDFA, and https://www.facebook.com/briansethparker respectively, last visited on January 2, 2013.

6

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC

Case3:12-mc-80237-CRB Document47 Filed01/02/13 Page7 of 7

44. Attached hereto as "**Exhibit 43**" is a true and correct copy of a web page displaying L. Gamboa's contact information, available at http://www.forestgardencertification.com/contact_us.htm, last visited on Decmeber 28, 2012.

45. Attached hereto as "**Exhibit 44**" are true and correct copies of three subpoenas on Yahoo! Inc. by Friedman, Kaplan, Seiler & Adelman LLP, counsel for S. Donziger, respectively dated November 29, 2010, December 9, 2010, and January 3, 2011.

46. Attached hereto as "**Exhibit 45**" is a true and correct copy of Steven Donziger's and The Law Office of Steven R. Donziger's Memorandum of Law in Support of Their Motion to Dismiss Chevron's Complaint, which was filed in the United States District Court for the Southern District of New York on March 30, 2011, and which appears as docket entry 243 in *Chevron Corp. v. Donziger*, No. 11 Civ. 0691 LAK (S.D.N.Y.).

47. Attached hereto as "**Exhibit 46**" is a true and correct copy of Google's privacy policies, downloaded from the Internet on October 10, 2012.

48. Attached hereto as "**Exhibit 47**" is a true and correct copy of Yahoo!'s privacy policies, downloaded from Internet on October 10, 2012.

49. Attached hereto as "**Exhibit 48**" is a true and correct copy of an Amazon Watch press release listing S. Tegel as a contact, available at http://www.prnewswire.com/news-releases/amazon-watch-says-chevron-hiding-massive-liability-in-ecuador-55637682.html, last visited on December 30, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of January, 2013, in San Francisco, California.

James F. Alexander

7

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAMES F. ALEXANDER ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON-PARTY MOVANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENAS TO GOOGLE INC. AND YAHOO! INC. – CASE NO. 5:12-80237 MISC CRB NC