Cindy A. Cohn (SBN 145997)
cindy@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
Nathan Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Counsel for Non-Party Movants

**UNITED STATES DISTRICT COURT**

**FOR THE NOTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHEVRON CORP.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN DONZIGER, *et al*.<br><br>　　　　　　Defendants. | Case No. 3:12-mc-80237 CRB (NC)<br><br>**SUPPLEMENTAL DECLARATION OF MICHELLE HARRISON IN SUPPORT OF MOTION OF NON-PARTY MOVANTS TO QUASH SUBPOENAS TO GOOGLE, INC. AND YAHOO! INC. SEEKING IDENTITY AND EMAIL USAGE INFORMATION**<br><br>Date: January 16, 2013<br>Time: 1:00 PM<br>Place: Courtroom A - 15th Floor<br>Hon. Nathanael Cousins |

1. I, Michelle Harrison, have personal knowledge of all matters set forth in this declaration. If called upon to do so, I could and would testify to all matters set forth herein.

2. I am a law clerk with EarthRights International, counsel of record for Non-Party John Doe Movants.

3. EarthRights International and the Electronic Frontier Foundation represent the owners of the following email accounts: cortelyou@gmail.com, sayjay80@gmail.com, kevinkoenigquito@gmail.com, marialya@gmail.com, coldmtn@gmail.com, figer@gmail.com, bandawatch@gmail.com, catmongeon@gmail.com, briansethparker@gmail.com, lupitadeheredia@gmail.com, josephmutti@gmail.com, drewwoods3@gmail.com, katiafachgomez@gmail.com, tegelsimeon@gmail.com, lara_garr@gmail.com, richard.clapp@gmail.com, ampage@gmail.com, goldstein.ben@gmail.com, wilsonaguinda@gmail.com, sara.colon@gmail.com, farihahzaman@gmail.com, jeremylow@gmail.com and courtneyrwong@gmail.com, jenbilbao3@yahoo.com, kshuk22@yahoo.com, eriktmoe66@yahoo.com, drewwoods3@yahoo.com, lupitadeheredia@yahoo.com, and Lore_gamboa@yahoo.es. We also represent the owners of the following Microsoft email account addresses for the purpose of a separate motion to quash filed in the Northern District of New York: simeontegel@hotmail.com, mey_1802@hotmail.com, and lupitadeheredia@hotmail.com.

4. In addition to the anonymous Non-Party Movants, EarthRights International and the Electronic Frontier Foundation also represent non-parties John Rodgers and Laura Belanger, the owners of the email accounts rodgers.john@gmail.com and belanger.laura@gmail.com.

5. EarthRights International and the Electronic Frontier Foundation now also represent the owner of the email address hueyzactlan@gmail.com. This account user joined the Non-Party Movants motion to quash on January 7, 2013.

6. I contacted a number of the email addresses listed in Chevron's subpoenas. In response, some of these email addresses sent messages back informing me that the message could not be delivered, indicating these addresses are no longer in use or no longer functional for other

1 | reasons. These addresses include Fpenafiel1100@yahoo.com, kshuk22@yahoo.com,
2 | sandragrimaldi12@yahoo.com, and ruben.miranda@rocketmail.com.
3 |     I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct. Executed on January 9, 2013.

_____
MICHELLE C. HARRISON