UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:  January 16, 2013

Case No:  **3:12-mc-80237 CRB** (NC)

Case name:  Chevron Corporation v. Steven Donziger, et al

Counsel for Plaintiff:  Theordore Boutrous, Jr., Enrique Monagas
Counsel for Non-Party Movants:  Marcia Hoffman, Nathan Cardozo
Counsel for Defendant Donzinger: William S. Hicks

Deputy Clerk:  Lili M. Harrell          FTR: 1:36pm - 2:38pm
                                        (Time:1 hour)

**PROCEEDINGS:**                                    **RULINGS:**

Non-Party Movants' Motion to Quash Subpoenas to Google,    Submitted
Inc. and Yahoo!

**ORDER:**

Order to be prepared by:  [ ] Plaintiff  [ ] Defendant  [X] Court

Case continued to:

Notes:

cc: