UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP., | Case No. 13-mc-80038 CRB (NC) |
| Plaintiff, | **ORDER CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE** |
| v. | |
| STEVEN DONZIGER, and others, | Re: Dkt. Nos. 3, 13, 44, 50 |
| Defendants. | |

The parties have stipulated to continue the hearing date on two motions (Dkt. Nos. 3, 13) and to set a briefing schedule for Amazon Watch's motion to quash (Dkt. No. 44). The Court sets the following deadlines:

1. All three pending motions (Dkt. Nos. 3, 13, 44) will be heard on Wednesday, April 3, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

2. The opposition to Amazon Watch's motion to quash (Dkt. No. 44) is due on March 25, 2013 by 4:00 p.m. The reply is due on April 1, 2013, also by 4:00 p.m.

IT IS SO ORDERED.

Date: March 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge