# EXHIBIT 9

| | |
|---|---|
| **From:** | Jen Bilbao [jenbilbao3@yahoo.com] |
| **Sent:** | Friday, November 26, 2004 2:12 AM |
| **To:** | Steven Donziger; Monica Pareja; Dave Russell; alberto wray |
| **Subject:** | Re: INFORME SACHA 6 Y SACHA 21 |

Hi Steve,

I am very concerned about my two reports. I have sent the files to Edison 2 weeks ago..and he sent me back the documents yesterday, but when i opened them I saw that Edison didn't change anything but a map! I am not so sure if he even read them. And now he tells me to go ahead and print them and sign them. But not any lawyer have ever reviewed them! I really don't think the conclusions are good enough. I left them like this because I wanted you guys to tell me to write what is best for the trial!!
So, I urgently need somebody to read it and tell me what changes to make, cuz I don't think we will win any case with those conclusions..
The deadline for my reports are December 2, and 3. And I need to send them to Ecuador which will take like 3 or 4 days.
I have written to Alberto but I haven't recieved any answer. could you help me please?
Best regards,
jen


***Steven Donziger <sdonziger@yahoo.com>*** wrote:

> I really was hoping Jen's questions would have
> been answered by now. in terms of using ASI
> results, unless alberto disagrees, i would advise
> using them while at the same time acknowledging
> the chain of custody problems beyond our control.
> they are what they are -- use them for what they
> are. best, steven
> --- Jen Bilbao wrote:
>
> > Hola Edison:
> > Acabo de recibir los archivos, pero
> > lastimosamente es demasiado tarde para
> > enviarlos hoy dia, y mañana es Thanksgiving por
> > lo que todo esta cerrado, pero el viernes sin
> > falta lo envio.
> >
> > Algo que no me quedo claro fue que si tengo que
> > esperar que Alberto de el visto bueno de los
> > dos resportes o imprimo asi como estan. A mi
> > parecer las conclusiones no estan muy
> > completas...y no se si se puedan usar los datos
> > del laboratorio ASI de Estado Unidos, si es que
> > si se pueden se debe nombrar algo de ellos en
> > las conclusiones, para lo cual se necesita

11/26/2004

DONZ-HDD-0055048

> estandares de l'imites maximos permitidos para
> poder concluir que esos contaminantes son
> perjudiciales para las personas que viven ahi.
>
> Por favor escribeme lo antes posible para
> solucionar esos problemas,
> Saludos,
> Jen
>
>
> edison camino wrote:
> Hola Jen:
>
> Listo. Aquí están las dos Informes. Hay que
> imprimirlos en 4 copias cada uno. Tres
> entregaremos a la corte, y uno mantendremos en
> el archivo de Quito.
>
> 1) Cada copia anillar y empastar.
>
> 2) El Oficio de presentación del Informe al
> Juez, con firma original. Rubrica corta en cada
> una de las hojas, extremo derecho, del medio
> hacia abajo.
>
> 3) Enviar los ocho anillados a la dirección del
> Dr. Alberto Wray en Quito.
>
> 4) Hemos enviado los mismos archivos al Dr.
> Wray para que los revise. Es necesario que él
> nos de el último visto.
>
> 5) Luego enviar todo hoy mismo a Quito, por un
> courier como FEDEX.
>
> Saludos,
> Edison
>
>
>
>
> ---------------------------------
> Do You Yahoo!?
> Todo lo que quieres saber de Estados Unidos,
> América Latina y el resto del Mundo.
> Visíta Yahoo! Noticias.
>
>
>> ATTACHMENT part 2 application/msword
> name=INFORME CORREGIDO SA6.doc
>

11/26/2004

DONZ-HDD-0055049

```
>
> > ATTACHMENT part 3 application/msword
> name=INFORME CORREGIDO SA-21.doc
>
>
> ---------------------------------
> Do you Yahoo!?
> Take Yahoo! Mail with you! Get it on your
> mobile phone.
```

=====
Steven Donziger
212-561-7456 (land)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
101 Fifth Avenue, 8th Floor
New York, New York 10003
Email: sdonziger@yahoo.com

---

Do you Yahoo!?
Meet the all-new My Yahoo! – Try it today!

11/26/2004