# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP., <br> Plaintiff, <br> v. <br> STEVEN DONZIGER, and others, <br> Defendants. | Case No. 12-mc-80237 CRB (NC) <br> **ORDER SETTING HEARING** <br> Re: Docket Nos. 71, 73 |

The Parties each submitted reports and competing proposed protective orders, requesting the Court's assistance in resolving: (1) whether the Parties must designate any documents produced by ISPs as "Attorneys' Eyes Only" and (2) whether this Court or the Honorable Judge Kaplan of the Southern District of New York will retain jurisdiction over future challenges to confidentiality designations for documents produced by Google and Yahoo!. Docket Nos. 71, 73. The Court will hold a hearing on September 11, 2013, at 10:00 a.m. in Courtroom A to address the Parties' discovery dispute. No further briefing is necessary, but the Parties must be prepared to discuss concerns related to the personal safety of the Non-Party Movants. If the Parties are able to resolve this matter before the hearing, they are to notify the Court promptly.

Case No. 12-mc-80237 CRB (NC)
ORDER SETTING HEARING

1
2    IT IS SO ORDERED.
3
4    Date: September 6, 2013
5                                                    _____
                                                     Nathanael M. Cousins
                                                     United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 12-mc-80237 CRB (NC)
ORDER SETTING HEARING