UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:          September 11, 2013

Case No:       3:12-mc-80237 CRB (NC)

Case name:     Chevron Corporation v. Steven Donziger

Counsel for Plaintiff:      Enrique A. Monagas, G. Charles Nierlich

Counsel for Defendant:      Nate Cardozo, Cindy Cohn

Deputy Clerk:   Lili M. Harrell          FTR Digital Recorder: 10:25am-10:41am
                                         (Time: 16 min)

**PROCEEDINGS:**                          **RULINGS:**

Motion for Protective Order               Granted in part and
[71] [73]                                 denied in part


**ORDER:**  Chevron shall submit proposed order to the Court.


Order to be prepared by:  [ ] Plaintiff  [ ] Defendant  [ ] Court

Case continued to:

Notes:

cc: