THEODORE J. BOUTROUS JR., SBN 132009
  tboutrous@gibsondunn.com
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087
  emonagas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Plaintiff Chevron Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP., | CASE NO. 12-mc-80237 CRB (NC) |
| Plaintiff, | **CHEVRON CORPORATION'S [PROPOSED] PROTECTIVE ORDER** |
| v. | |
| STEVEN DONZIGER, and others, | |
| Defendants. | |

**PROTECTIVE ORDER**

1. WHEREAS, this Court has concluded that "[a]ll documents produced" by Google and Yahoo! pursuant to third party subpoenas issued by Chevron on September 19, 2012, and this Court's order of August 22, 2013, "will be subject to the terms of a protective order" (Dkt. 70 at 33); and

2. WHEREAS, the parties to the underlying proceeding *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (S.D.N.Y.) requested the adoption of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to protect the confidentiality of certain information disclosed in connection with discovery in that action; and

3. WHEREAS, United States District Judge Lewis A. Kaplan entered an order establishing a protective order in the underlying proceeding on January 11, 2013 (Dkt. 723, Case No. 11 Civ. 0691 (S.D.N.Y.), hereinafter the "SDNY Protective Order") and requiring the parties to the underlying proceeding, their representatives, agents, experts, and consultants, and any other subject person to adhere to its terms;

4. NOW, THEREFORE, IT IS HEREBY ORDERED that the terms of the SDNY Protective Order, which are incorporated herein by reference, shall govern all production of documents or other information in response to the subpoenas that are at issue in the above-captioned proceeding; and

5. IT IS FURTHER ORDERED that this Court shall retain continuing jurisdiction to adjudicate disputes concerning whether designated material produced by Google and Yahoo! pursuant to third party subpoenas issued by Chevron on September 19, 2012, and this Court's order of August 22, 2013, should be treated as Confidential Information under the SDNY Protective Order; and

6. IT IS FURTHER ORDERED that the parties to this proceeding, and their representatives, agents, experts, and consultants, shall be bound by the terms of the SDNY Protective Order, as specified herein; and

7. IT IS FURTHER ORDERED that all documents produced by Google and Yahoo! pursuant to the subpoenas issued by Chevron on September 19, 2012, and this Court's

order of August 22, 2013 (Dkt. 70), shall be designated "Confidential" pursuant to the SDNY Protective Order, except that Chevron reserves its right to challenge any such designation before this Court; and

8. IT IS FURTHER ORDERED that Chevron may use any document produced by Google and Yahoo! pursuant to the subpoenas issued by Chevron on September 19, 2012, and this Court's order of August 22, 2013 (Dkt. 70), for any purpose, subject to the terms, conditions and restrictions of the SDNY Protective Order and further subject to any objections to the relevance, authenticity or admissibility of any document, all of which objections are expressly reserved.

**IT IS SO ORDERED.**

DATED:  September 11, 2013

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE