Cindy A. Cohn (SBN 145997)
cindy@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Counsel for Non-Party Movants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHEVRON CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER, *et al*. <br><br> Defendants. | Case No. 3:12-mc-80237 CRB (NC) <br><br> **NOTICE OF APPEAL** <br><br> Hon. Charles R. Breyer |

PLEASE TAKE NOTICE that Non-Party Movants hereby appeal this Court's Order Granting in Part and Denying in Part Motions to Quash Subpoenas entered in this action on August 22, 2013 (ECF No. 70) to the United States Court of Appeals for the Ninth Circuit. Both Plaintiff Chevron Corporation and the Non-Party Movants filed Motions for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF Nos. 72, 74) on September 5, 2013, pursuant to the Magistrate Judge's August 22 Order. This Court has taken no action on the Motions for Relief.

DATED: September 23, 2013

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

 /s/ Nathan D. Cardozo
Nathan D. Cardozo
Cindy Cohn
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Counsel For Non-Party Movants