1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHEVRON CORP.,                          No. C 12-80237 CRB

12             Plaintiff,                     **ORDER OF REFERENCE**

13      v.

14   STEVEN DONZINGER,

15             Defendant.
                                        /
16

17       Pursuant to Local Rule 72-1, it is hereby ORDERED that (1) the *Ex Parte* Application for

18   Stay of Order Pending Appeal (dkt. 90), (2) the Discovery Letter Briefs filed by Chevron, Yahoo!

19   Inc., and Google Inc. (dkts. 88, 89, 92 and 94), and (3) the Motion to Withdraw as Attorney (dkt. 65)

20   are referred to Magistrate Judge Nathanael Cousins.

21       **IT IS SO ORDERED.**

22

23   Dated: October 17, 2013              _____
                                          CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

*United States District Court*
For the Northern District of California