UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------- x
:
CHEVRON CORPORATION,                     :
                                         :
            Plaintiff,                   :      CASE NO. 3:12-mc-80237-CRB
                                         :
       v.                                :
                                         :
STEVEN DONZIGER, et al.,                 :
                                         :
            Defendants.                  :
---------------------------------------- x

[PROPOSED] ORDER GRANTING SMYSER KAPLAN & VESELKA, L.L.P.'S
MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE

Smyser Kaplan & Veselka, L.L.P., including but not limited to attorneys Tyler G. Doyle and Garland Doty Murphy, IV (collectively "SKV"), seeks to withdraw as counsel for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1).  As this Court finds that SKV has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Smyser Kaplan & Veselka, L.L.P.'s Motion to Withdraw as Counsel for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje

Payaguaje is GRANTED, and Smyser Kaplan & Veselka, L.L.P., including but not limited to attorneys Tyler G. Doyle and Garland Doty Murphy, IV, is hereby terminated as counsel in this proceeding.

DATED:  October 22  , 2013    _____



Hon. Nathanael M. Cousins
United States District C...