Cindy A. Cohn (SBN 145997)
cindy@eff.org
Nathan D. Cardozo (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

Marco Simons (SBN 237314)
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Counsel for Non-Party Movants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER, *et al*. <br><br> Defendants. | Case No. 3:12-mc-80237 CRB (NC) <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br> Local Rule 3-13 <br><br> Place:  Courtroom 6, 17th Floor <br> Hon. Charles R. Breyer |

1  Pursuant to Local Rule 3-13, the Non-Party Movants submit this Notice of Pendency of
2  Other Action or Proceeding to give this Court notice of a recent development in the *Chevron Corp.*
3  *v. Donziger*, Ninth Circuit Case No. 13-16920 (the "Appeal").
4  The Non-Party Movants respectfully request that the Court take notice of the October 23,
5  2013 Order of the Ninth Circuit, attached hereto as **Exhibit A**. The Non-Party Movants made an
6  emergency motion before that court seeking to stay this Court's orders of August 22, 2013, and
7  October 21, 2013. The Ninth Circuit granted the motion and has stayed this Court's orders,
8  through at least October 28, 2013, pending further order of the Ninth Circuit.

DATED: October 24, 2013  Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION


  /s/ Nathan Cardozo
Nathan D. Cardozo
Cindy Cohn
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

Marco Simons
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006

*Counsel For Non-Party Movants*

# Exhibit A

Exhibit A

FILED

OCT 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>STEVEN DONZIGER; et al.,<br><br>        Defendants,<br><br> v.<br><br>JOHN DOE; et al.,<br><br>        Non-Party Movants - Appellants. | No. 13-16920<br><br>D.C. No. 3:12-mc-80237-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: BERZON and RAWLINSON, Circuit Judges.

    This court has received appellants' emergency motion to stay the district court's orders of August 22, 2013 and October 21, 2013 pending appeal; the opposition to that motion; and the reply. The district court's orders are stayed temporarily pending further order of this court, which shall issue no later than Monday, October 28, 2013. Google and Yahoo! shall not produce the discovery at issue pending further order of this court.

RJ/MOATT

The briefing schedule established previously shall remain in effect.

RJ/MOATT 2