**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

October 29, 2013

VIA ECF

Magistrate Judge Nathanael M. Cousins
United States District Court for the
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

   Re: *Chevron v. Donziger*, 12-mc-80237 CRB (NC) – Typographical Correction

Dear Judge Cousins:

Chevron Corporation respectfully requests that the Court make one typographical correction to its August 22, 2013 order substantially upholding a subpoena served on Google, Inc. Dkt. 70.  Neither Google nor the non-party Doe movants (who own some of the email accounts listed in the subpoena) object to this request.

On October 25, 2013, the United States Court of Appeals for the Ninth Circuit directed Google to comply, in part, with Chevron's subpoena by 5 p.m. on October 29 by producing documents related to several email accounts listed in the subpoena.  *See Chevron Corp. v. Donziger*, No. 13-16920, Dkt. 10 at 2-3 (9th Cir. 2013).  On the morning of October 29, Google's counsel advised Chevron that it would not produce documents relating to the account manemachetes@gmail.com because this Court's August 22 order and the Ninth Circuit's October 25 order directing compliance with the subpoena incorrectly listed that address as anemachetes@gmail.com, *see* Dkt. 70 at 32:6; *Chevron Corp. v. Donziger*, No. 13-16920, Dkt. 10 at 2 (9th Cir. 2013), though Chevron's subpoena lists that address as manemachetes@gmail.com, see Dkt. 47-16 at 7.

Chevron respectfully asks that the August 22 Order be amended to change the reference to anemachetes@gmail.com (Dkt. 70 at 32:6) to manemachetes@gmail.com to conform with Chevron's subpoena to Google.

Respectfully submitted,

*/s/Ethan Dettmer*
Ethan Dettmer

GIBSON DUNN

Magistrate Judge Nathanael M. Cousins
October 29, 2013
Page 2

cc:	Ryan M. Spear, Perkins Coie, LLP, Counsel to Google Inc.
		(via email, RSpear@perkinscoie.com)
	Cindy Ann Cohn, Electronic Frontier Foundation, Counsel to non-party movants
		(via email, cindy@eff.org)
	Nathan D. Cardozo, Electronic Frontier Foundation, Counsel to non-party movants
		(via email, nate@eff.org)
	Marco Simons, Earthrights.org, Counsel to non-party movants
		(via email, marco@earthrights.org)
	Julio C. Gomez, Gomez LLC, Counsel for Defendants
		(via email, jgomez@gomezllc.com)
	Steven R. Donziger, Counsel for Defendants
		(via email, StevenR.Donziger@gmail.com)